1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

VICTORIA SHAEV, derivatively on Behalf of WELLS FARGO & COMPANY,

Case No. 3:16-cv-05541-JST

13

Plaintiff,

14

v.

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS

15
16
17
18
19

JOHN D. BAKER II, ELAINE L. CHAO, JOHN S. CHEN, LLOYD H. DEAN, ELIZABETH A. DUKE, ENRIQUE HERNANDEZ JR., DONALD M. JAMES, CYNTHIA M. MILLIGAN, FEDERICO F. PEÑA, JAMES H. QUIGLY, STEPHEN W. SANGER, JOHN G. STUMPF, SUSAN G. SWENSON, CARRIE L. TOLSTEDT, and SUZANNE M. VAUTRINOT,

20

Defendants,

21

-and-

Judge:  Hon. Jon S. Tigar
Courtroom:  9, 19th Floor
Date Action Filed:  September 29, 2016

22

WELLS FARGO & COMPANY,

Hearing Date:  January 12  , 2017
Hearing Time: TBD

23

Nominal Defendant.

24
25

*Caption continued on next page.*

26
27
28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
SHAREHOLDER DERIVATIVE ACTIONS
Lead Case No. 3:16-cv-05541-JST

| | |
|---|---|
| AMY COOK, derivatively on behalf of WELLS FARGO & COMPANY, | Case No. 3:16-cv-05592-JST |
| Plaintiff, | |
| vs. | |
| MICHAEL J. LOUGHLIN, TIMOTHY J. SLOAN, JOHN G. STUMPF, CARRIE TOLSTEDT, JOHN R. SHREWSBERRY, JOHN D. BAKER, II, ELAINE L. CHAO, JOHN S. CHEN, LLOYD H. DEAN, ELIZABETH A. DUKE, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, CYNTHIA H. MILLIGAN, FEDERICO F. PEÑA, JAMES H. QUIGLEY, STEPHEN W. SANGER, SUSAN G. SWENSON, SUZANNE M. VAUTRINOT, and JUDITH M. RUNSTAD, | |
| Defendants, | |
| -and- | |
| WELLS FARGO & COMPANY, a Delaware corporation, | Judge: Hon. Jon S. Tigar Courtroom: 9, 19th Floor |
| Nominal Defendant. | Date Action Filed:  September 30, 2016 |

*Caption continued on next page.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALISON SHERMAN, Derivatively on
Behalf of WELLS FARGO & COMPANY,

                 Plaintiff,

      v.

JOHN G. STUMPF, TIMOTHY J. SLOAN,
CARRIE L. TOLSTEDT, JOHN R.
SHREWSBERRY, STEPHEN W.
SANGER, CYNTHIA H. MILLIGAN,
SUSAN E. ENGEL, SUSAN G.
SWENSON, ENRIQUE HERNANDEZ, JR.,
LLOYD H. DEAN, JOHN S. CHEN, JOHN
D. BAKER II, DONALD M. JAMES,
ELAINE L. CHAO, FEDERICO F. PEÑA,
JAMES H. QUIGLEY, ELIZABETH A.
DUKE, SUZANNE M. VAUTRINOT,
JUDITH M. RUNSTAD, HOWARD V.
RICHARDSON, NICHOLAS G. MOORE,
PHILIP J. QUIGLEY, MACKEY J.
MCDONALD, and RICHARD D.
MCCORMICK,

                 Defendants,

      -and-

WELLS FARGO & COMPANY, a
Delaware corporation,

           Nominal Defendant.

Case No. 3:16-cv-05745-JST

Judge:  Hon. Jon S. Tigar
Courtroom:  9, 19th Floor
Date Action Filed:  October 6, 2016

*Caption continued on next page.*

| | |
|---|---|
| 1 | ROBERT ELSON, IRA, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | JOHN G. STUMPF, CARRIE TOLSTEDT, |
| 6 | JOHN D. BAKER II, ELAIN L. CHAO, |
| 7 | JOHN C. CHEN, LLOYD H. DEAN, |
| | ELIZABETH A. DUKE, SUSAN E. ENGEL, |
| | ENRIQUE HERNANDEZ, JR., DONALD M. |

ROBERT ELSON, IRA,                               )   Case No. 3:16-cv-05817-JST
                                                 )
              Plaintiff,                          )
                                                 )
        v.                                        )
                                                 )
JOHN G. STUMPF, CARRIE TOLSTEDT,                 )
JOHN D. BAKER II, ELAIN L. CHAO,                 )
JOHN C. CHEN, LLOYD H. DEAN,                     )
ELIZABETH A. DUKE, SUSAN E. ENGEL,               )
ENRIQUE HERNANDEZ, JR., DONALD M.                )
JAMES, CYNTHIS H. MILLIGAN,                      )
FEDERICO F. PEÑA, JAMES H. QUIGLEY,              )
STEPHEN W. SANGER, SUSAN G.                      )
SWENSON, and SUSAN M. VAUTRINOT,                 )
                                                 )
              Defendants,                         )
                                                 )
        -and-                                     )
                                                 )
WELLS FARGO & COMPANY,                           )   Judge:  Hon. Jon S. Tigar
                                                 )   Courtroom:  9, 19th Floor
              Nominal Defendant.                  )   Date Action Filed:  October 7, 2016
                                                 )

*Caption continued on next page.*

| | |
|---|---|
| THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Derivatively on Behalf of WELLS FARGO & COMPANY,<br><br>                  Plaintiff,<br><br>      v.<br><br>JOHN D. BAKER II, ELAINE L. CHAO, JOHN S. CHEN, LLOYD H. DEAN, ELIZABETH A. DUKE, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, MACKEY J. MCDONALD, RICHARD D. MCCORMICK, CYNTHIA H. MILLIGAN, NICHOLAS G. MOORE, FEDERICO F. PEÑA, JAMES H. QUIGLEY, PHILIP J. QUIGLEY, JUDITH M. RUNSTAD, HOWARD V. RICHARDSON, STEPHEN W. SANGER, SUSAN G. SWENSON, SUZANNE M. VAUTRINOT, TIMOTHY J. SLOAN, JOHN R. SHREWSBERRY, JOHN G. STUMPF, and CARRIE L. TOLSTEDT,<br><br>                  Defendants,<br><br>    -and-<br><br>WELLS FARGO & COMPANY, a Delaware corporation,<br><br>              Nominal Defendant. | Case No. 3:16-cv-05915-JST<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Judge:  Hon. Jon S. Tigar<br>Courtroom:  9, 19th Floor<br>Date Action Filed:  October 12, 2016 |

*Caption continued on next page.*

| | |
|---|---|
| CATHY LEBENDIG, derivatively on behalf of WELLS FARGO & COMPANY, | Case No. 3:16-cv-06262-JST |
| Plaintiff, | |
| v. | |
| JOHN G. STUMPF, CARRIE L. TOLSTEDT, JOHN D. BAKER II, ELAINE L. CHAO, JOHN S. CHEN, LLOYD H. DEAN, ELIZABETH A DUKE, ENRIQUE HERNANDEZ JR., DONALD M. JAMES, CYNTHIA M. MILLIGAN, FEDRICO F. PEÑA, JAMES H. QUIGLY, STEPHEN W. SANGER, SUSAN G. SWENSON, and SUZANNE M. VAUTRINOT, | |
| Defendants, | |
| -and- | |
| WELLS FARGO & COMPANY, a Delaware corporation, | Judge:  Hon. Jon S. Tigar Courtroom:  9, 19th Floor Date Action Filed:  October 28, 2016 |
| Nominal Defendant. | |

*Caption continued on next page.*

| | |
|---|---|
| GEORGE HANNON, derivatively on behalf of WELLS FARGO & COMPANY, | Case No. 3:16-cv-06624-MEJ |
| Plaintiff, | |
| v. | |
| MICHAEL J. LOUGHLIN, TIMOTHY J. SLOAN, JOHN G. STUMPF, CARRIE TOLSTEDT, JOHN R. SHREWSBERRY, JOHN D. BAKER, II, ELAINE L. CHAO, JOHN S. CHEN, LLOYD H. DEAN, ELIZABETH A. DUKE, SUSAN E. ENGEL, ENRIQUE HERNANDEZ, JR., DONALD M. JAMES, CYNTHIA H. MILLIGAN, FEDERICO F. PEÑA, JAMES H. QUIGLEY, STEPHEN W. SANGER, SUSAN G. SWENSON, SUZANNE M. VAUTRINOT, and JUDITH M. RUNSTAD, | |
| Defendants, | |
| -and- | |
| WELLS FARGO & COMPANY, a Delaware corporation, | |
| Nominal Defendant. | Date Action Filed:  November 15, 2016 |

*Caption continued on next page.*

1

2

3

FIRE AND POLICE PENSION
ASSOCIATION OF COLORADO,
derivatively on behalf of WELLS FARGO &
COMPANY,

Case No. 3:16-cv-06631-JST

4

                    Plaintiff,

5

            v.

6

7

8

9

10

11

12

13

14

JOHN G. STUMPF, TIMOTHY J. SLOAN,
CARRIE L. TOLSTEDT, JOHN R.
SHREWSBERRY, JOHN D. BAKER II,
ELAINE L. CHAO, JOHN S. CHEN,
LLOYD H. DEAN, ELIZABETH A. DUKE,
SUSAN E. ENGEL, ENRIQUE
HERNANDEZ, JR., DONALD M. JAMES,
RICHARD D. MCCORMICK, MACKEY J.
MCDONALD, CYNTHIA H. MILLIGAN,
NICHOLAS G. MOORE, FEDERICO F.
PEÑA, JAMES H. QUIGLEY, PHILIP J.
QUIGLEY, HOWARD V. RICHARDSON,
JUDITH M. RUNSTAD, STEPHEN W.
SANGER, SUSAN G. SWENSON, and
SUZANNE M. VAUTRINOT,

15

16

                    Defendants,

17

            -and-

18

19

WELLS FARGO & COMPANY, a Delaware
corporation,

20

                    Nominal Defendant.

Date Action Filed:  November 15, 2016

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
SHAREHOLDER DERIVATIVE ACTIONS
Lead Case No. 3:16-cv-05541-JST

WHEREAS the following eight actions are now pending in the Northern District of California (collectively, the "Related Actions"):

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Shaev v. Baker, et al.* | 3:16-cv-05541-JST | 09/29/2016 |
| *Cook v. Loughlin, et al.* | 3:16-cv-05592-JST | 09/30/2016 |
| *Sherman v. Stumpf, et al.* | 3:16-cv-05745-JST | 10/06/2016 |
| *Elson, IRA v. Stumpf, et al.* | 3:16-cv-05817-JST | 10/07/2016 |
| *The City of Birmingham Retirement and Relief System v. Baker, et al.* | 3:16-cv-05915-JST | 10/12/2016 |
| *LeBendig v. Wells Fargo & Company, et al.* | 3:16-cv-06262-JST | 10/28/2016 |
| *Hannon v. Loughlin, et al.* | 3:16-cv-06624-MEJ | 11/15/2016 |
| *Fire and Police Pension Association of Colorado v. Stumpf, et al.* | 3:16-cv-06631-JST | 11/15/2016 |

WHEREAS the eight Related Actions are styled as shareholder derivative actions on behalf of nominal defendant Wells Fargo & Company ("Wells Fargo"), and each asserts claims that arise out of at least some of the same alleged transactions and occurrences and involve the same or substantially similar alleged issues of fact and law;

WHEREAS the Court determined by orders, in the earlier-filed action entitled *Hefler v. Wells Fargo & Company, et al.*, No. 3:16-cv-05479-JST (hereinafter, "*Hefler*"), that the actions are related pursuant to Civil L.R. 3-12(a), and the actions now have all been assigned to the Honorable Jon S. Tigar;[1]

WHEREAS the *Hannon* action is currently assigned to Magistrate Judge Maria-Elena James, and no motion to relate this case to the *Hefler* action and reassign *Hannon* to this Court has yet been filed;

---

[1]  The Court has entered Orders, relating the following cases to the *Hefler* action: (1) *Shaev*, *Sherman*, and *Elson, IRA* on October 19, 2016; (2) *Cook* on October 21, 2016; (3) *City of Birmingham* on November 11, 2016; (4) *LeBendig* on November 15, 2016; and (5) *Colorado Fire and Police Pension* on November 22, 2016.  The *Hefler* action is not styled as a shareholder derivative action on behalf of Wells Fargo and is not subject to this Stipulation.

1   WHEREAS the Related Actions identified above all arise out of at least some of the same

2   alleged transactions and occurrences and involve the same or substantially similar alleged issues

3   of law and facts, and, therefore, should be consolidated for all purposes under Rule 42(a) of the

4   Federal Rules of Civil Procedure;

5   WHEREAS counsel for plaintiffs in the above referenced actions have met and conferred

6   and have agreed to a schedule following the filing of the motion for lead plaintiff and lead

7   counsel;

8   WHEREAS counsel for plaintiffs, Wells Fargo, and the undersigned defendants have met

9   and conferred and have agreed to a schedule for filing a consolidated complaint following the

10   appointment of lead plaintiff and lead counsel;

11   WHEREAS counsel for plaintiffs, Wells Fargo, and the undersigned defendants have met

12   and conferred and have agreed that no answers, motions, or other responses to the complaints

13   ("Responses") need be filed in the Related Actions by Wells Fargo or by any other defendant

14   until after the appointment of lead plaintiff and lead counsel and the filing of a consolidated

15   complaint or designation of an operative complaint, as provided below;

16   WHEREAS counsel for plaintiffs, Wells Fargo, and the undersigned defendants have met

17   and conferred and have agreed to a schedule setting a date for Responses to the consolidated

18   complaint and a briefing schedule for any motions filed in response to the consolidated

19   complaint unless otherwise ordered by the Court pursuant to motion or stipulation;

20   WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

21   efficiency, and will not cause prejudice to any party,

22   NOW, THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs[2] and all

23   defendants[3] who have appeared in the Related Actions, by and through their undersigned

24   respective counsel of record, as follows:

25

26   [2] Victoria Shaev, Amy Cook, Alison Sherman, Robert Elson, IRA, The City of Birmingham Retirement and Relief System, Cathy LeBendig, George Hannon, and Fire and Police Pension Association of Colorado (together, "Plaintiffs").

27

28

# I.      CONSOLIDATION OF ACTIONS

1.      The eight Related Actions identified above are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action").

2.      The caption of these consolidated actions shall be "*In re Wells Fargo & Company Shareholder Derivative Litigation*" and the files of these consolidated actions shall be maintained in one master file under Lead Case No. 3:16-cv-05541-JST.  Thereafter, all eight of the original Related Action case files shall be closed.

3.      Any other actions or claims filed in or removed or transferred to this Court after the date of this Stipulation that (i) are styled as shareholder derivative actions or claims brought on behalf of Wells Fargo and (ii) arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and facts as the Related Actions, shall automatically be consolidated for all purposes, if and when they are brought to the Court's attention, together with *In re Wells Fargo & Company Shareholder Derivative Litigation*, and the clerk shall close the file for any such later-filed actions.

4.      Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

---

[3] John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Mackey J. McDonald, Richard D. McCormick, Cynthia H. Milligan, Nicholas G. Moore, Federico F. Peña, James H. Quigley, Philip J. Quigley, Judith M. Runstad, Howard V. Richardson, Stephen W. Sanger, Susan G. Swenson, Suzanne M. Vautrinot, Timothy J. Sloan, John R. Shrewsberry, John G. Stumpf, Carrie L. Tolstedt, and Michael J. Loughlin (collectively, the "Individual Defendants"), and nominal defendant Wells Fargo (together, "Defendants").

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 3:16-cv-05541-JST<br><br>(Consolidated with Nos. 3:16-cv-05592; 3:16-cv-05745; 3:16-cv-05817; 3:16-cv-05915; 3:16-cv-06262; 3:16-cv-06624; and 3:16-cv-06631)<br><br>Judge:  Hon. Jon S. Tigar<br>Courtroom:  9, 19th Floor |

5.      When a pleading or other filing is intended to be applicable to all actions, the words "All Actions" shall appear immediately after or below the words "This Document Relates To:" in the caption set forth above.  When a pleading or other filing is intended to be applicable to less than all actions, the separate caption and docket number for each individual action to which the pleading is intended to be applicable shall appear immediately after or below the words "This Document Relates To:" in the caption described above.

6.      When a case or claim that properly belongs as part of *In re Wells Fargo & Company Shareholder Derivative Litigation* is filed in this Court or transferred or removed to this Court from another court and assigned to Judge Jon S. Tigar, then following the filing of notice by any party to such action or by a party to *In re Wells Fargo & Company Shareholder Derivative Litigation* in such other action and this consolidated action, and service of such notice upon all parties that have appeared in the affected actions, the clerk of this Court shall:

(a) Place a copy of this Order in the separate file for such action;

~~(b) Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly filed or transferred case;~~

(c) Make an appropriate entry on the Master Docket. Counsel recognizes that this Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Wells Fargo & Company Shareholder Derivative Litigation*; and

-4-

STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING RELATED
SHAREHOLDER DERIVATIVE ACTIONS
Lead Case No. 3:16-cv-05541-JST

1    (d) Close the separate file for such action.

2    7.    Filing of documents via the Court's ECF system shall be deemed to satisfy the

3    service requirement as to all parties who have appeared in the action and whose counsel receive

4    ECF notices electronically.  All attorneys of record in *In re Wells Fargo & Company Shareholder*

5    *Derivative Litigation* must register for ECF and must file an appearance through the ECF system.

6    Any attorneys who have been admitted *pro hac vice* in any of the Related Actions shall also be

7    deemed admitted in *In re Wells Fargo & Company Shareholder Derivative Litigation* pursuant to

8    the same conditions and requirements.  No separate service of documents is required on any party

9    who has appeared in the action but is not registered for ECF.

10    8.    The terms of this Order shall not have the effect of making any person or entity a

11    party to any action in which he, she, or it has not been named and properly served in accordance with

12    the Federal Rules of Civil Procedure.  The terms of this Order and the consolidation and coordination

13    ordered herein shall not constitute a waiver by any party of any claims in or defenses to any of the

14    actions.

15    9.    Nothing in this Stipulation shall be construed as a waiver of any of Defendants rights

16    or positions in law or in equity, or as a waiver of any defense that Defendants would otherwise have.

17    **II.    SCHEDULE**

18    10.    The following dates shall be in effect for motions for lead plaintiff/counsel in the

19    Consolidated Action:

20    November 23, 2016:    Last Day to File Motions for Lead Plaintiff and Lead Counsel

21    December 15, 2016:    Last Day to File Response(s) to Motions for Lead Plaintiff and

22    Lead Counsel

23    January 5, 2017:    Last Day to File Replies to Any Response(s) to Motions for

24    Lead Plaintiff and Lead Counsel

25    January 12, 2017:    Hearing on Motions for Lead Plaintiff and Lead Counsel

26    11.    Lead plaintiff and/or Lead Counsel shall, within sixty (60) days following the

27    entry and filing of the Court's order selecting a lead plaintiff and lead counsel, serve and file a

28

-5-

1   consolidated complaint or designate a previously-filed complaint as the operative complaint (the

2   "Consolidated Complaint"), which will supersede all existing complaints filed in the Related

3   Actions and any other action that may be consolidated herewith.  To the extent any defendant

4   now named in any of the Related Actions is not named in the Consolidated Complaint, the

5   claims against such defendant shall be deemed dismissed without prejudice.  Service shall be

6   effected with respect to any named defendant by serving the Consolidated Complaint on that

7   defendant's counsel, unless such defendant has not previously been served or appeared, in which

8   case service shall be affected according to the Federal Rules of Civil Procedure.

9        12.    Unless the Court otherwise orders pursuant to stipulation, motion, or for any other

10   reason, defendants shall file their responses to the Consolidated Complaint within sixty (60) days

11   following the filing of the Consolidated Complaint (provided, however, that the time prescribed

12   by the Federal Rules of Civil Procedure shall control to the extent those Rules provide for a later

13   response date as to any defendant who has not been served, waived service, or appeared in the

14   action at the time of this Stipulation).  In the event that defendants file any motions directed at

15   the Consolidated Complaint, the opposition brief shall be filed within sixty (60) days of the

16   motions and the reply briefs shall be filed within thirty (30) days thereafter.  This Stipulation is

17   without prejudice to any party's right to move to continue any response(s) to the Consolidated

18   Complaint pursuant to the federal and local rules.

19       **IT IS SO STIPULATED.**

20   Dated: November 23, 2016        **ROBBINS ARROYO LLP**

21        BRIAN J. ROBBINS
     FELIPE J. ARROYO

22        SHANE P. SANDERS

23           /s/ *Shane P. Sanders*

24        SHANE P. SANDERS

25        600 B Street, Suite 1900
     San Diego, CA 92101

26        Telephone: (619) 525-3990
     Facsimile: (619) 525-3991

27        E-mail: brobbins@robbinsarroyo.com

28

farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

*Counsel for Plaintiffs Alison Sherman and The City of Birmingham Retirement and Relief System*

**SAXENA WHITE P.A.**
MAYA SAXENA
JOSEPH E. WHITE III
LESTER R. HOOKER (241590)
JORGE A. AMADOR (237800)
ADAM D. WARDEN
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
E-mail: msaxena@saxenawhite.com
          jwhite@saxenawhite.com
          lhooker@saxenawhite.com
          jamador@saxenawhite.com
          awarden@saxenawhite.com

*Counsel for Plaintiff The City of Birmingham Retirement and Relief System*

Dated: November 23, 2016

**WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP**
BETSY C. MANIFOLD (182450)
RACHELE R. RICKERT (190634)
BRITTANY N. DEJONG (258766)

*/s/ Betsy C. Manifold*
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
E-mail: manifold@whafh.com
          rickert@whafh.com
          dejong@whafh.com

*Counsel for Plaintiff Victoria Shaev*

-7-
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
SHAREHOLDER DERIVATIVE ACTIONS
Lead Case No. 3:16-cv-05541-JST

1

Dated: November 23, 2016

**BOTTINI & BOTTINI, INC.**
FRANCIS A. BOTTINI, JR. (175783)
ALBERT Y. CHANG (296065)
YURY A. KOLESNIKOV (271173)

2

3

4

*/s/ Francis A. Bottini, Jr.*
FRANCIS A. BOTTINI, JR.

5

6

7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com
          achang@bottinilaw.com
          ykolesnikov@bottinilaw.com

7

8

9

10

*Counsel for Plaintiff Amy Cook*

11

Dated: November 23, 2016

**BRAMSON, PLUTZIK, MAHLER
   & BIRKHAEUER LLP**
ALAN R. PLUTZIK (077785)
MICHAEL S. STRIMLING (96135)

12

13

14

*/s/ Alan R. Plutzik*
ALAN R. PLUTZIK

15

16

2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
E-mail: aplutzik@bramsonplutzik.com
          mstrimling@bramsonplutzik.com

17

18

19

20

**HARWOOD FEFFER LLP**
ROBERT I. HARWOOD
SAMUEL K. ROSEN
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400
E-mail: rharwood@hfesq.com
          srosen@hfesq.com

21

22

23

24

25

*Counsel for Plaintiff Robert Elson, IRA*

26

27

28

-8-

Dated: November 23, 2016

**HIMMELSTEIN LAW NETWORK**
BARRY HIMMELSTEIN (157736)
ALEXANDER STERN (308961)

_/s/ Barry Himmelstein_
BARRY HIMMELSTEIN

2000 Powell Street, Suite 1605
Emeryville, CA 94608-1861
Telephone: (510) 450-0782
Facsimile: (510) 924-0403
E-mail: barry@himmellaw.com
         alex@himmellaw.com

**SPRINGER AYENI**
A Professional Law Corporation
CASSIE SPRINGER AYENI (221506)
1901 Harrison Street, Suite 1100
Oakland, CA 94612
Telephone: (510) 926-6768
Facsimile: (510) 926-6768
E-mail: cassie@benefitslaw.com

_Counsel for Plaintiff Cathy LeBendig_

Dated: November 23, 2016

**THE SHUMAN LAW FIRM**
KIP B. SHUMAN (145842)

_/s/ Kip B. Shuman_
KIP B. SHUMAN

1 Montgomery Street, #1800
San Francisco, CA 94104
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
E-mail: kip@shumanlawfirm.com

_Counsel for Plaintiff George Hannon_

Dated November 23, 2016

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
RICHARD M. HEIMANN (063607)
KATHERINE LUBIN (259826)

_/s/ Richard M. Heimann_
RICHARD M. HEIMANN

-9-

275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-mail: rheimann@lchb.com
         klubin@lchb.com

STEVEN E. FINEMAN (140335)
JOY A. KRUSE (142799)
DANIEL P. CHIPLOCK
NICHOLAS DIAMAND
MICHAEL J. MIARMI
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
E-mail: sfineman@lchb.com
         jakruse@lchb.com
         dchiplock@lchb.com
         ndiamand@lchb.com
         mmiarmi@lchb.com

SHARON M. LEE
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121-2315
Telephone: (206) 739-9059
E-mail: slee@lchb.com

*Counsel for Plaintiff Fire & Police Pension
Association of Colorado*

Dated: November 23, 2016          **SULLIVAN & CROMWELL LLP**
                                  BRENDAN P. CULLEN (194057)
                                  SVERKER K. HÖGBERG (244640)

                                        */s/ Brendan P. Cullen*
                                  BRENDAN P. CULLEN

                                  1870 Embarcadero Road
                                  Palo Alto, CA 94303-3308
                                  Telephone: (650) 461-5600
                                  Facsimile: (650) 461-5700
                                  E-mail: cullenb@sullcrom.com
                                          hogbergs@sullcrom.com

                                  *Counsel for nominal defendant Wells Fargo &
                                  Company*

-10-

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
SHAREHOLDER DERIVATIVE ACTIONS
Lead Case No. 3:16-cv-05541-JST

Dated: November 23, 2016

**SHEARMAN & STERLING LLP**
JACULIN AARON (133983)

/s/ *Jaculin Aaron*
JACULIN AARON

599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4450
Facsimile: (646) 848-7179
E-mail: jaaron@shearman.com

*Counsel for defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Mackey J. McDonald, Richard D. McCormick, Cynthia H. Milligan, Nicholas G. Moore, Federico F. Peña, James H. Quigley, Philip J. Quigley, Judith M. Runstad, Howard V. Richardson, Stephen W. Sanger, Susan G. Swenson, and Suzanne M. Vautrinot*

Dated: November 23, 2016

**GOODWIN PROCTER LLP**
GRANT P. FONDO (181530)

/s/ *Grant P. Fondo*
GRANT P. FONDO

135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038
E-mail: gfondo@goodwinlaw.com
        rstrassberg@goodwinlaw.com

RICHARD M. STRASSBERG (*pro hac vice* forthcoming)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8859
E-mail: rstrassberg@goodwinlaw.com

*Counsel for defendant John G. Stumpf*

-11-

1  Dated: November 23, 2016                    **RAMSEY & EHRLICH LLP**
                                               ISMAIL RAMSEY (189820)
2                                              MILES EHRLICH (237954)

3                                              _/s/ Ismail Ramsey_
                                               ISMAIL RAMSEY
4

5                                              803 Hearst Avenue
                                               Berkeley, California 94710
6                                              Telephone: (510) 548-3600
                                               Facsimile: (650) 291-3060
7                                              E-mail: izzy@ramsey-ehrlich.com
                                                       miles@ramsey-ehrlich.com
8

9                                              _Counsel for defendant John R. Shrewsberry_

10  Dated: November 23, 2016                   **WILLIAMS & CONNOLLY LLP**
                                               BRENDAN V. SULLIVAN, JR. (_pro hac vice_
11                                             forthcoming)
                                               ENU A. MAINIGI (_pro hac vice_ forthcoming)
12

13                                             _/s/ Brendan V. Sullivan_
                                               BRENDAN V. SULLIVAN
14

15                                             725 Twelfth Street, N.W.
                                               Washington, D.C. 20005
16                                             Telephone: (202) 434-5000
                                               Facsimile: (202) 434-5029
17                                             E-mail: bsullivan@wc.com
                                                       emainigi@wc.com
18

19                                             _Counsel for defendant Carrie L. Tolstedt_

20  Dated: November 23, 2016                   **CLARENCE DYER & COHEN LLP**
                                               NANCI L. CLARENCE (122286)
21                                             JOSH A. COHEN (217853)

22                                             _/s/ Nanci L. Clarence_
                                               NANCI L. CLARENCE
23

24                                             899 Ellis Street
                                               San Francisco, CA 94109
25                                             Telephone: (415) 749-1800
                                               Facsimile: (415) 749-1694
26                                             E-mail: nclarence@clarencedyer.com
                                                       jcohen@clarencedyer.com
27

28                                             -12-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for defendant Timothy J. Sloan*

Dated: November 23, 2016

**ARGUEDAS CASSMAN**
**& HEADLEY, LLP**
CRISTINA C. ARGUEDAS (87787)

/s/ *Cristina C. Arguedas*

CRISTINA C. ARGUEDAS

803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003
E-mail: arguedas@achlaw.com

*Counsel for defendant Michael J. Loughlin*

1

## SIGNATURE ATTESTATION

2    I, Shane P. Sanders, am the ECF user whose identification and password are being used to

3 file the foregoing Stipulation and [Proposed] Order Consolidating Related Shareholder

4 Derivative Actions.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each of the

5 signatories identified above has concurred in this filing.

6    Executed this 23rd day of November 2016 at San Diego, California.

7

8                                                    /s/ *Shane P. Sanders*

                                                     SHANE P. SANDERS
9

10

11                                          ****

12

13                                          **ORDER**

14    PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16 DATED:  ___December 12, 2016___            _____

17                                            HONORABLE JON S. TIGAR
                                             UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26
   1131081
27

28                                          -14-
   STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED
                    SHAREHOLDER DERIVATIVE ACTIONS
                                             Lead Case No. 3:16-cv-05541-JST

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 23, 2016, a copy of the foregoing Stipulation and [Proposed] Order Consolidating Related Shareholder Derivative Actions was electronically filed with the Clerk of Court in the following actions:

- *Shaev v. Baker, et al.*, No. 3:16-cv-05541-JST;
- *Cook v. Loughlin, et al.*, No. 3:16-cv-05592-JST;
- *Sherman v. Stumpf, et al.*, No. 3:16-cv-05745-JST;
- *Elson, IRA v. Stumpf, et al.*, No. 3:16-cv-05817-JST;
- *The City of Birmingham Retirement and Relief System v. Baker, et al.*, No. 3:16-cv-05915-JST;
- *LeBendig v. Wells Fargo & Company, et al.*, No. 3:16-cv-06262-JST;
- *Hannon v. Loughlin, et al.*, No. 3:16-cv-06624-MJE; and
- *Fire and Police Pension Association of Colorado v. Stumpf, et al.*, No. 3:16-cv-06631-JST

Notice of this filing will be sent via e-mail to all parties, in all actions, by operation of the Court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

/s/ *Shane P. Sanders*
SHANE P. SANDERS