Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Ryan J. McCauley (SBN 264913)
(mccauleyr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:     (202) 956-6985
Facsimile:      (202) 956-7056

*Counsel for Defendant Wells Fargo & Company*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 16-cv-05541-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Jon S. Tigar |

WHEREAS, on January 12, 2017, the Court heard argument on competing motions to appoint lead plaintiffs and lead counsel;

WHEREAS, at the hearing on January 12, 2017, the Court invited the parties to file a stipulation to continue the case management conference currently scheduled for January 25, 2017;

WHEREAS, on January 12, 2017, the Court continued the case management conference in the related federal securities class action, *Hefler* v. *Wells Fargo & Co.*, No. 3:16-cv-05479-JST (N.D. Cal.), to September 27, 2017;

WHEREAS, on January 13, 2017, the Court entered its Order Regarding Motions to Consolidate and Appoint Lead Plaintiff and Counsel;

WHEREAS, the parties have conferred and agreed that the interests of judicial efficiency and economy would be best served by continuing the case management conference until the time set by the Court for the case management conference in the related federal securities class action;

WHEREAS, the parties have further agreed that, in the event circumstances necessitate an earlier case management conference, they will determine a mutually agreeable date for an earlier conference at the Court's availability.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that the case management conference currently scheduled for January 25, 2017 shall be continued to September 27, 2017 at 2 p.m.

Dated: January 23, 2017                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:            */s/ Richard M. Heimann*

Richard M. Heimann (CA Bar No. 063607)
*rheimann@lchb.com*
Katherine C. Lubin (CA Bar No. 259826)
*kbenson@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

Steven E. Fineman (CA Bar No. 140335)
*sfineman@lchb.com*
Joy A. Kruse (CA Bar No. 142799)
*jakruse@lchb.com*
Daniel P. Chiplock (*Pro hac vice application to be filed*)
*dchiplock@lchb.com*
Nicholas Diamand (*Pro hac vice*)
*ndiamand@lchb.com*
Michael J. Miarmi (*Pro hac vice application to be filed*)
*mmiarmi@lchb.com*
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile:  (212) 355-9592

*Co-Lead Counsel for the Class*

SAXENA WHITE P.A.
Maya Saxena (*Pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*Pro hac vice*)
*jwhite@saxenawhite.com*
Steven B. Singer (*Pro hac vice application to be filed*)
*ssinger@saxenawhite.com*
Lester R. Hooker (CA Bar No. 241590)
*lhooker@saxenawhite.com*
Jorge A. Amador (CA Bar No. 237800)
*jamador@saxenawhite.com*
Adam D. Warden (*Pro hac vice application to be filed*)
*awarden@saxenawhite.com*
Dianne M. Anderson (CA Bar No. 103670)
*danderson@saxenawhite.com*
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Co-Lead Counsel for the Class*

SULLIVAN & CROMWELL LLP

By: _____/s Brendan P. Cullen_____

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Ryan J. McCauley (SBN 264913)
(mccauleyr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

*Attorneys for Nominal Defendant Wells Fargo & Co.*

GOODWIN PROCTER LLP

By: ____/s_ Grant P. Fondo_____

Richard M. Strassberg (*pro hac vice* pending)
(rstrassberg@goodwinlaw.com)
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone:   (212) 813-8800
Facsimile:   (212) 355-3333

3

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:16-CV-05541-JST

SULLIVAN & CROMWELL LLP

1336397.1

```
                        Grant P. Fondo
                        (gfondo@goodwinlaw.com)
                        GOODWIN PROCTER LLP
                        135 Commonwealth Drive
                        Menlo Park, CA 94025
                        Telephone:    (650) 752-3100
                        Facsimile:    (650) 853-1038
```

*Attorneys for Defendant John G. Stumpf*


CLARENCE DYER & COHEN LLP

By:        /s Nanci L. Clarence

```
Nanci L. Clarence
(nclarence@clarencedyer.com)
Josh A. Cohen
(jcohen@clarencedyer.com)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone:    (415) 749-1800
Facsimile:    (415) 749-1694
```

*Attorneys for Defendant Timothy J. Sloan*


RAMSEY & EHRLICH LLP

By: /s Ismail Ramsey

```
Miles Ehrlich
(miles@ramsey-ehrlich.com)
Ismail Ramsey
(izzy@ramsey-ehrlich.com)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:    (510) 548-3600
Facsimile:    (510) 291-3060
```

*Attorneys for Defendant John R. Shrewsberry*


WILLIAMS & CONNOLLY LLP

By: /s Enu A. Mainigi

```
Enu A. Mainigi (pro hac vice forthcoming)
(emainigi@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
```

|   |   |
|---|---|
| 1 | Telephone:   (202) 434-5000 |
| 2 | Facsimile:    (202) 434-5029 |

*Attorneys for Defendant Carrie Tolstedt*

SHEARMAN & STERLING LLP

By:  /s Jaculin Aaron

Jaculin Aaron
(jaaron@shearman.com)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone:   (212) 848-4000
Facsimile:    (212) 848-7179

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Stephen W. Sanger, Susan G. Swenson and Suzanne M. Vautrinot*

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brendan P. Cullen, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED:  January 23, 2017                                 /s/ Brendan P. Cullen
                                                                              Brendan P. Cullen

**ORDER**

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: January 24, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE