Richard M. Heimann (063607)
*rheimann@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (*admitted pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*admitted pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Jorge A. Amador (237800)
*jamador@saxenawhite.com*
SAXENA WHITE P.A.
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05541-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE**<br><br>The Honorable Jon S. Tigar |

WHEREAS, on January 12, 2017, the Court appointed Fire and Police Pension Association of Colorado and The City of Birmingham Retirement and Relief System as Lead Plaintiffs, and appointed Lieff Cabraser Heimann & Bernstein LLP and Saxena White P.A. as Co-Lead Counsel [Dkt. 70];

1   WHEREAS, pursuant to the Court's December 12, 2016 Order, Lead Plaintiffs'
2   Consolidated Complaint shall be filed March 13, 2017, Defendants' responses to the
3   Consolidated Complaint shall be filed sixty days following the filing of the Consolidated
4   Complaint, oppositions to any motions filed by Defendants shall be filed sixty days after the
5   filing of the motions, and reply briefs shall be filed within thirty days thereafter [Dkt. 39];
6   WHEREAS, the parties have conferred and agree that the interests of expediting
7   consideration of the threshold demand futility issue in this matter, while preserving the
8   Defendants' right to assert other defenses if necessary (including by motion or otherwise), would
9   be best served by modifying the deadlines previously set in the December 12, 2016 Order;
10  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead
11  Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that the
12  following schedule shall be in effect for the filing of the Consolidated Complaint and briefing on
13  the question of whether Lead Plaintiffs' Consolidated Complaint adequately pleads demand
14  futility:

| | |
|---|---|
| Last Day to File Consolidated Complaint: | February 24, 2017 |
| Last Day to File Motion to Dismiss on Demand Futility: | March 21, 2017 |
| Last Day to File Response to Motion to Dismiss: | April 7, 2017 |
| Last Day to File Reply to Responses: | ~~April 21, 2017~~ April 14, 2017 |
| Hearing on Motion to Dismiss: | May 4, 2017, 2 pm |

Dated: February 8, 2017          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:     */s/ Richard M. Heimann*

Richard M. Heimann (063607)
*rheimann@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

1  Steven E. Fineman (CA Bar No. 140335)
   *sfineman@lchb.com*
2  Joy A. Kruse (CA Bar No. 142799)
   *jakruse@lchb.com*
3  Daniel P. Chiplock (*Pro hac vice application to be filed*)
   *dchiplock@lchb.com*
4  Nicholas Diamand (*Pro hac vice*)
   *ndiamand@lchb.com*
5  Michael J. Miarmi (*Pro hac vice application to be filed*)
   *mmiarmi@lchb.com*
6  Lieff Cabraser Heimann & Bernstein, LLP
   250 Hudson Street, 8th Floor
7  New York, NY 10013-1413
   Telephone: (212) 355-9500
8  Facsimile:  (212) 355-9592

9  *Attorneys for Plaintiff Fire & Police Pension Association
   of Colorado and Co-Lead Counsel*
10

   Maya Saxena (*admitted pro hac vice*)
11 *msaxena@saxenawhite.com*
   Joseph E. White, III (*admitted pro hac vice*)
12 *jwhite@saxenawhite.com*
   Lester R. Hooker (241590)
13 *lhooker@saxenawhite.com*
   Jorge A. Amador (237800)
14 *jamador@saxenawhite.com*
   Adam D. Warden (*Pro hac vice application to be filed*)
15 *awarden@saxenawhite.com*
   Dianne M. Anderson (CA Bar No. 103670)
16 *danderson@saxenawhite.com*
   SAXENA WHITE P.A.
17 5200 Town Center Circle, Suite 601
   Boca Raton, FL  33486
18 Telephone:  (561) 394-3399
   Facsimile:  (561) 394-3382
19
   *Attorneys for Plaintiff The City of Birmingham
20 Retirement and Relief System and Co-Lead Counsel*

21

22

23

24

25

26

27

28

SULLIVAN & CROMWELL LLP

By: _____*/s/ Brendan P. Cullen*_____

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Ryan J. McCauley (SBN 264913)
(mccauleyr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Nominal Defendant Wells Fargo & Co.*

GOODWIN PROCTER LLP

By: _____*/s/ Grant P. Fondo*_____

Richard M. Strassberg (*pro hac vice forthcoming*)
(rstrassberg@goodwinlaw.com)
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

Grant P. Fondo
(gfondo@goodwinlaw.com)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant John G. Stumpf*

CLARENCE DYER & COHEN LLP


By: _____/s/ Nancy L. Clarence_____

Nanci L. Clarence
(nclarence@clarencedyer.com)
Josh A. Cohen
(jcohen@clarencedyer.com)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

*Attorneys for Defendant Timothy J. Sloan*


RAMSEY & EHRLICH LLP


By: _____/s/ Ismail Ramsey_____

Miles Ehrlich
(miles@ramsey-ehrlich.com)
Ismail Ramsey
(izzy@ramsey-ehrlich.com)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

*Attorneys for Defendant John R. Shrewsberry*


WILLIAMS & CONNOLLY LLP


By: _____/s/ Enu A. Mainigi_____

Enu A. Mainigi (*pro hac vice forthcoming*)
(emainigi@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant Carrie Tolstedt*

SHEARMAN & STERLING LLP

By: _____/s/ Jaculin Aaron_____

Jaculin Aaron
(jaaron@shearman.com)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Stephen W. Sanger, Susan G. Swenson and Suzanne M. Vautrinot*

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Richard M. Heimann, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED:  February 8, 2017                                 */s/ Richard M. Heimann*
                                                                              Richard M. Heimann

## ORDER

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: February 8, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE