1   Richard H. Klapper (*pro hac vice*)
    (klapperr@sullcrom.com)
2   SULLIVAN & CROMWELL LLP
    125 Broad Street
3   New York, New York 10004-2498
    Telephone:  (212) 558-3555
4   Facsimile:  (212) 291-9083

5   Brendan P. Cullen (SBN 194057)
    (cullenb@sullcrom.com)
6   Sverker K. Hogberg (SBN 244640)
    (hogbergs@sullcrom.com)
7   Ryan J. McCauley (SBN 264913)
    (mccauleyr@sullcrom.com)
8   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
9   Palo Alto, California 94303
    Telephone:      (650) 461-5600
10  Facsimile:      (650) 461-5700

11  Christopher M. Viapiano (*pro hac vice*)
    (viapianoc@sullcrom.com)
12  SULLIVAN & CROMWELL LLP
    1700 New York Avenue, N.W., Suite 700
13  Washington, D.C. 20006
    Telephone:      (202) 956-6985
14  Facsimile:      (202) 956-7056

15  *Counsel for Nominal Defendant*
    *Wells Fargo & Company*
16
    [Additional Counsel on Signature Page]
17

18              UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA

20

21                                          Lead Case No. 3:16-cv-05541-JST

22  IN RE WELLS FARGO & COMPANY             **STIPULATION AND [PROPOSED]**
    SHAREHOLDER DERIVATIVE              **ORDER SETTING BRIEFING**
23  LITIGATION                              **SCHEDULE**

24                                          The Honorable Jon S. Tigar

25

26          WHEREAS, Lead Plaintiffs and Defendants previously stipulated to a schedule

27  concerning briefing on the threshold issue of demand futility, while preserving the Defendants'

28  right to assert other defenses if necessary (including by motion or otherwise), and the Court

1  entered the stipulated schedule, with modification, on February 8, 2017 (Doc. No. 81);

2      WHEREAS, pursuant to the stipulated schedule, Lead Plaintiffs filed their Consolidated

3  Amended Complaint on February 24, 2017 (Doc. No. 83);

4      WHEREAS, the parties have conferred and agreed upon a modified schedule that provides

5  four days fewer for Defendants to file their expected motion to dismiss on demand futility,

6  provides Lead Plaintiffs the same period of time to oppose any such motion, and provides

7  Defendants four additional days to file a reply in support of any such motion, with the final

8  submission on the same date as that ordered by the Court, as follows:

9
| | **New Proposed Deadline** | **Existing Deadline** |
|---|---|---|
| Motion to Dismiss | Friday, March 17 | Tuesday, March 21 |
| Opposition | Monday, April 3 | Friday, April 7 |
| Reply (no change) | Friday, April 14 | Friday, April 14 |
| Hearing (no change) | Thursday, May 4 | Thursday, May 4 |

12      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead

13  Plaintiffs and Defendants, each through their counsel, that the following schedule shall be in

14  effect for briefing on the question of whether Lead Plaintiffs' Amended Consolidated Complaint

15  adequately pleads demand futility:

16      Last Day to File Motion to Dismiss on Demand Futility:      March 17, 2017

17      Last Day to File Response to Motion to Dismiss:      April 3, 2017

18      Last Day to File Reply to Responses:      April 14, 2017

19      Hearing on Motion to Dismiss:      May 4, 2017, 2 pm

20

21  Dated: February 28, 2017      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

22

23      By:      _/s/ Richard M. Heimann_____

24      Richard M. Heimann (063607)
      _rheimann@lchb.com_
      Katherine C. Lubin (259826)
25      _kbenson@lchb.com_
      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
26      275 Battery Street, 29th Floor
      San Francisco, CA 94111-3339
27      Telephone: (415) 956-1000
      Facsimile:  (415) 956-1008

28

1                Steven E. Fineman (CA Bar No. 140335)
*sfineman@lchb.com*

2                Joy A. Kruse (CA Bar No. 142799)
*jakruse@lchb.com*

3                Daniel P. Chiplock (*Pro hac vice application to be filed*)
*dchiplock@lchb.com*

4                Nicholas Diamand (*Pro hac vice*)
*ndiamand@lchb.com*

5                Michael J. Miarmi (*Pro hac vice application to be filed*)
*mmiarmi@lchb.com*

6                Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor

7                New York, NY 10013-1413
Telephone: (212) 355-9500

8                Facsimile:  (212) 355-9592

9                *Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

10

11              Maya Saxena (*admitted pro hac vice*)
*msaxena@saxenawhite.com*

Joseph E. White, III (*admitted pro hac vice*)

12             *jwhite@saxenawhite.com*
Lester R. Hooker (241590)

13             *lhooker@saxenawhite.com*
Jorge A. Amador (237800)

14             *jamador@saxenawhite.com*
Adam D. Warden (*Pro hac vice application to be filed*)

15             *awarden@saxenawhite.com*
Dianne M. Anderson (CA Bar No. 103670)

16             *danderson@saxenawhite.com*
SAXENA WHITE P.A.

17             5200 Town Center Circle, Suite 601
Boca Raton, FL  33486

18             Telephone:  (561) 394-3399
Facsimile:  (561) 394-3382

19

20             *Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

21

22             SULLIVAN & CROMWELL LLP

23             By:         */s/* Brendan P. Cullen

24             Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)

25             SULLIVAN & CROMWELL LLP
125 Broad Street

26             New York, New York 10004-2498
Telephone:  (212) 558-3555

27             Facsimile:  (212) 291-9083

28

1  |  Brendan P. Cullen (SBN 194057)
   |  (cullenb@sullcrom.com)
2  |  Sverker K. Hogberg (SBN 244640)
   |  (hogbergs@sullcrom.com)
3  |  Ryan J. McCauley (SBN 264913)
   |  (mccauleyr@sullcrom.com)
4  |  SULLIVAN & CROMWELL LLP
   |  1870 Embarcadero Road
5  |  Palo Alto, California 94303
   |  Telephone: (650) 461-5600
6  |  Facsimile: (650) 461-5700

7  |  *Attorneys for Nominal Defendant Wells Fargo & Co.*

8

   GOODWIN PROCTER LLP

9

10  |  By: _____ */s/* Grant P. Fondo _____

11  |  Richard M. Strassberg (*pro hac vice forthcoming*)
    |  (rstrassberg@goodwinlaw.com)
12  |  GOODWIN PROCTER LLP
    |  620 8th Avenue
13  |  New York, NY 10018
    |  Telephone: (212) 813-8800
14  |  Facsimile: (212) 355-3333

15  |  Grant P. Fondo
    |  (gfondo@goodwinlaw.com)
16  |  GOODWIN PROCTER LLP
    |  135 Commonwealth Drive
17  |  Menlo Park, CA 94025
    |  Telephone: (650) 752-3100
18  |  Facsimile: (650) 853-1038

19  |  *Attorneys for Defendant John G. Stumpf*

20

   CLARENCE DYER & COHEN LLP

21

22  |  By: _____ */s/* Josh A. Cohen _____

23  |  Nanci L. Clarence
    |  (nclarence@clarencedyer.com)
24  |  Josh A. Cohen
    |  (jcohen@clarencedyer.com)
25  |  CLARENCE DYER & COHEN LLP
    |  899 Ellis Street
26  |  San Francisco, CA 94109
    |  Telephone: (415) 749-1800
27  |  Facsimile: (415) 749-1694

28  |  *Attorneys for Defendant Timothy J. Sloan*

RAMSEY & EHRLICH LLP

By: _____ /s/ Ismail Ramsey _____

Miles Ehrlich
(miles@ramsey-ehrlich.com)
Ismail Ramsey
(izzy@ramsey-ehrlich.com)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

*Attorneys for Defendant John R. Shrewsberry*


WILLIAMS & CONNOLLY LLP

By: _____ /s/ Enu A. Mainigi _____

Enu A. Mainigi (*pro hac vice forthcoming*)
(emainigi@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant Carrie Tolstedt*


SHEARMAN & STERLING LLP

By: _____ /s/ Jaculin Aaron _____

Jaculin Aaron
(jaaron@shearman.com)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendants John D. Baker II, Elaine L.
Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke,
Susan E. Engel, Enrique Hernandez, Jr., Donald M.
James, Cynthia H. Milligan, Federico F. Peña, James H.
Quigley, Stephen W. Sanger, Susan G. Swenson and
Suzanne M. Vautrinot*

5

1

## <u>ATTESTATION PURSUANT TO GENERAL ORDER 45</u>

2
        I, Brendan P. Cullen, in compliance with General Order 45, Section X(B), hereby

3
attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

4

5
DATED:  February 28, 2017                      */s/* Brendan P. Cullen

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## ORDER

3

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

4

5

Dated: __March 1, 2017__

6

THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7