```
 1  Richard H. Klapper (pro hac vice)
    (klapperr@sullcrom.com)
 2  SULLIVAN & CROMWELL LLP
    125 Broad Street
 3  New York, New York 10004-2498
    Telephone:     (212) 558-3555
 4  Facsimile:     (212) 291-9083

 5  Brendan P. Cullen (SBN 194057)
    (cullenb@sullcrom.com)
 6  SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
 7  Palo Alto, California 94303
    Telephone:     (650) 461-5600
 8  Facsimile:     (650) 461-5700

 9  Christopher M. Viapiano (pro hac vice)
    (viapianoc@sullcrom.com)
10  SULLIVAN & CROMWELL LLP
    1700 New York Avenue, N.W., Suite 700
11  Washington, D.C. 20006
    Telephone:     (202) 956-6985
12  Facsimile:     (202) 956-7056

13  Gilbert R. Serota (SBN 75305)
    (gilbert.serota@apks.com)
14  ARNOLD & PORTER KAYE SCHOLER LLP
    Three Embarcadero Center
15  San Francisco, California 94111
    Telephone:     (415) 471-3170
16  Facsimile:     (415) 471-3400

17  Counsel for Nominal Defendant
    Wells Fargo & Company
18
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | **Lead Case No. 3:16-cv-05541-JST**<br><br>**WELLS FARGO & COMPANY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS THE CONSOLIDATED AMENDED VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT FOR FAILURE TO ADEQUATELY PLEAD DEMAND FUTILITY**<br><br>The Honorable Jon S. Tigar<br><br>Hearing: May 4 at 2:00 p.m. |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Pursuant to Fed. R. Evid. 201(b), nominal defendant Wells Fargo & Company ("Wells Fargo") hereby requests that the Court take judicial notice of all of the exhibits attached to the accompanying Declaration of Brendan P. Cullen in Support of Wells Fargo & Company's Motion to Dismiss the Consolidated Amended Verified Stockholder Derivative Complaint for Failure to Adequately Plead Demand Futility (the "Declaration").

**DISCUSSION**

Pursuant to Fed. R. Evid. 201(b), the documents attached as exhibits to the Declaration are offered in support of Wells Fargo's Motion to Dismiss the Consolidated Amended Verified Stockholder Derivative Complaint and are the proper subject of judicial notice.

**I.    DOCUMENTS REFERENCED IN THE COMPLAINT (EXHIBITS A, D-E)**

The article published by *The Los Angeles Times* on December 21, 2013 (Ex. A), the Comptroller of the Currency's Consent Order in the Matter of Wells Fargo Bank, N.A. (Ex. D), and the sworn testimony of Wells Fargo's former Chairman and CEO John G. Stumpf before the U.S. Senate Committee on Banking, Housing and Urban Affairs on September 20, 2016 (Ex. E) are appropriate for judicial notice because Plaintiffs repeatedly cite and quote from these documents in their Complaint. *In re Calpine Corp. Sec. Litig.*, 288 F. Supp. 2d 1054, 1075 (N.D. Cal. 2003) (taking judicial notice of documents that "Plaintiffs expressly cite and quote from . . . in the [complaint]"). Plaintiffs repeatedly reference these documents: (1) The *L.A. Times* article is referenced in Compl. ¶¶ 37-40, 42, 45, 124 n.52, 163, 169-170, 172, 179, 183, 256, 342, 368, 498 and 510; (2) the Comptroller of the Currency's Consent Order is referenced in Compl. ¶ 422 n.200 (including link to the Consent Order); and (3) Stumpf's Senate testimony is referenced in Compl. ¶¶ 16, 41, 160, 200, 258-59, 428-32, and 516.

**II.   SECURITIES AND EXCHANGE COMMISSION FILINGS (EXHIBITS B, F-I, K-L, N-P)**

The documents filed with the Securities and Exchange Commission ("SEC") are publicly accessible and on file with the SEC, and they are thus a proper subject of judicial notice under Fed. R. Evid. 201(b)(2), which provides for judicial notice of facts that "can be accurately and

readily determined from sources whose accuracy cannot reasonably be questioned." Courts regularly take judicial notice of SEC filings in deciding motions to dismiss. *See In re Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857, 863 (N.D. Cal. 2004) ("Judicial notice of [SEC filings] is proper."); *In re Calpine Sec. Litig.*, 288 F. Supp. 2d at 1076 ("a court may take judicial notice of public filings when adjudicating a motion to dismiss").

### III. DOCUMENTS FROM GOVERNMENT WEBSITES (EXHIBITS C, Q-T)

Documents containing undisputed information available on a government website also are a proper subject of judicial notice. Exhibits C, Q, R, T, and S contain material from the Bureau of Labor Statistics, the Federal Deposit Insurance Corporation, the U.S. Census Bureau, the Center for Disease Control and PACER. "A court can properly take notice of undisputed information available on a government website." *Michael* v. *New Century Fin. Servs.*, 65 F. Supp. 3d 797, 803 (N.D. Cal. 2014) (taking judicial notice of "a document from the website of the Office of the Comptroller of the Currency"); *see also Daniels-Hall* v. *Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (taking judicial notice of information from websites "as it was made publicly available by government entities . . ., and neither party disputes the authenticity of the web sites or the accuracy of the information displayed therein"); *Ries* v. *Hornell Brewing Co., Inc.*, 2010 WL 2943860, at *5 n.3 (N.D. Cal. July 23, 2010) (taking judicial notice of a document available on the FDA's website).

### IV. PUBLICLY AVAILABLE NEWS RELEASE (EXHIBIT M)

The news release titled "Wells Fargo Announces Actions Based on Retail Banking Sales Practices Investigation," released by Wells Fargo on February 21, 2017 is a proper subject of judicial notice. Defendant submits this news release to show that the information contained in it was published and publicly available as of the date of publication, which is a proper subject of judicial notice. *See Von Saher* v. *Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) ("Courts may take judicial notice of publications introduced to indicate what was in the public realm at the time . . . .") (citation and internal quotation marks omitted); *In re American Apparel, Inc. S'holder Derivative Litig.*, 2012 WL 9506072, at *19 (C.D. Cal. July 31, 2012) ("Courts in the Ninth Circuit routinely take judicial notice of press releases.").

SULLIVAN & CROMWELL LLP

## V.   COURT FILINGS (EXHIBITS J, T)

The "Order re: Joint Stipulation Relating and Consolidating Actions and Re Defendants' Response to Complaint and Appointing Lead Counsel" in *In re Wells Fargo & Company Derivative Litigation*, CGC 15-554407 (Cal. Super. Ct.) and the table showing the results of a search in the PACER database of federal court cases are also proper subjects of judicial notice because they are public court records. *See Michael*, 65 F. Supp. 3d at 804 (taking judicial notice of documents "publicly filed with a court within this state"); *In re American Apparel, Inc. S'holder Derivative Litig.*, 2012 WL 9506072, at *19 ("Court filings are matters of public record, and thus are proper subjects of judicial notice."); *Temprano* v. *Sanders*, 2010 WL 4056125, at *2 (C.D. Cal. Sept. 7, 2010) (taking "judicial notice of the results obtained through . . . searches . . . of the PACER database").

## VI.   CONCLUSION

For the foregoing reasons, Wells Fargo respectfully requests that the Court take judicial notice of Exhibits A-T attached to the Declaration.

DATED:  March 17, 2017

Respectfully submitted,

/s Brendan P. Cullen
---

Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:    (212) 558-3555
Facsimile:    (212) 291-9083

Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone:    (202) 956-6985
Facsimile:    (202) 956-7056

| | |
|---|---|
| 1 | Gilbert R. Serota (SBN 75305) |
| 2 | (gilbert.serota@apks.com) |
|   | ARNOLD & PORTER KAYE SCHOLER LLP |
| 3 | Three Embarcadero Center |
|   | San Francisco, California 94111 |
| 4 | Telephone:   (415) 471-3170 |
|   | Facsimile:   (415) 471-3400 |

*Counsel for Nominal Defendant*
*Wells Fargo & Company*