Richard M. Heimann (063607)
*rheimann@lchb.com*
Joy A. Kruse (142799)
*jakruse@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (*pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Jorge A. Amador (237800)
*jamador@saxenawhite.com*
SAXENA WHITE P.A.
5200 Town Center Circle, Suite 601
Boca Raton, FL  33486
Telephone:  (561) 394-3399
Facsimile:  (561) 394-3382

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05541-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE**<br><br>The Honorable Jon S. Tigar |

WHEREAS, on February 8, 2017, the Court entered an order setting the briefing schedule on Defendants' motion to dismiss the Consolidated Complaint on the threshold issue of demand futility [Dkt. 81];

Whereas, the February 8, 2017 order preserved Defendants' right to assert other defenses, including by motion or otherwise, after the Court's consideration of Defendants' demand futility motion to dismiss;

WHEREAS, on February 24, 2017, Lead Plaintiffs Fire and Police Pension Association of Colorado and The City of Birmingham Retirement and Relief System filed their Consolidated Amended Verified Stockholder Derivative Complaint [Dkt. 83];

WHEREAS, on March 17, 2017, Defendants filed their motion to dismiss for failure to adequately plead demand futility [Dkt. 99], which Plaintiffs opposed on April 3, 2017 [Dkt. 115] and Defendants replied to on April 14, 2017 [Dkt. 116];

WHEREAS, on May 4, 2017, the Court held argument on Defendants' motion to dismiss on demand futility grounds;

WHEREAS, on May 4, 2017, the Court denied in part and granted in part Defendants' motion to dismiss [Dkt. 129], holding that Plaintiffs had adequately pled demand futility;

WHEREAS, the parties have conferred and agreed on a schedule for briefing any remaining motions to dismiss pursuant to Federal Rule of Civil Procedure 12 that Defendants intend to make;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that the following schedule shall be in effect for the filing of Defendants' motions to dismiss pursuant to Rule 12:

Last Day to File Motion to Dismiss or Otherwise Respond
to the Amended Complaint: June 5, 2017

Last Day to File Response to Motion to Dismiss: July 5, 2017

Last Day to File Reply to Responses: 21 days from filing of Response to
Motion to Dismiss

Hearing on Motion to Dismiss: At the Court's convenience

| | | |
|---|---|---|
| Dated: May 23, 2017 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: | */s/ Richard M. Heimann* |

Richard M. Heimann (063607)
*rheimann@lchb.com*
Joy A. Kruse (142799)
*jakruse@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven E. Fineman (140335)
*sfineman@lchb.com*
Daniel P. Chiplock (*pro hac vice application to be filed*)
*dchiplock@lchb.com*
Nicholas Diamand (*pro hac vice*)
*ndiamand@lchb.com*
Michael J. Miarmi (*pro hac vice*)
*mmiarmi@lchb.com*
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (*pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Jorge A. Amador (237800)
*jamador@saxenawhite.com*
Adam D. Warden (*Pro hac vice application to be filed*)
*awarden@saxenawhite.com*
Dianne M. Anderson (CA Bar No. 103670)
*danderson@saxenawhite.com*
SAXENA WHITE P.A.
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer (*Pro hac vice application to be filed*)
4 West Red Oak Lane, Suite 312
White Plains, NY 10604
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com

*Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

SULLIVAN & CROMWELL LLP


By: _____*/s/ Brendan P. Cullen*_____

Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-3555
Facsimile: (212) 291-9083

| | |
|---|---|
| 1 | Brendan P. Cullen (SBN 194057) |
| | (cullenb@sullcrom.com) |
| 2 | SULLIVAN & CROMWELL LLP |
| | 1870 Embarcadero Road |
| 3 | Palo Alto, California 94303-3308 |
| | Telephone: (650) 461-5600 |
| 4 | Facsimile: (650) 461-5700 |
| | |
| 5 | Christopher M. Viapiano (*pro hac vice*) |
| | (viapianoc@sullcrom.com) |
| 6 | SULLIVAN & CROMWELL LLP |
| | 1700 New York Avenue, N.W., Suite 700 |
| 7 | Washington, D.C. 20006 |
| | Telephone: (202) 956-6985 |
| 8 | Facsimile: (202) 956-7056 |
| | |
| 9 | Gilbert R. Serota (SBN 75305) |
| | (gilbert.serota@apks.com) |
| 10 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | Three Embarcadero Center |
| 11 | San Francisco, California 94111 |
| | Telephone: (415) 471-3170 |
| 12 | Facsimile: (415) 471-3400 |

*Attorneys for Nominal Defendant Wells Fargo & Co.*

GOODWIN PROCTER LLP

By:     */s/ Grant P. Fondo*

Richard M. Strassberg (*pro hac vice forthcoming*)
(rstrassberg@goodwinlaw.com)
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

Grant P. Fondo
(gfondo@goodwinlaw.com)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant John G. Stumpf*

CLARENCE DYER & COHEN LLP

By: */s/ Nanci L. Clarence*

Nanci L. Clarence
(nclarence@clarencedyer.com)
Josh A. Cohen
(jcohen@clarencedyer.com)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

*Attorneys for Defendant Timothy J. Sloan*

ARGUEDAS, CASSMAN & HEADLEY, LLP

By: */s/ Ted W. Cassman*

Cristina C. Arguedas
(arguedas@achlaw.com)
Laurel L. Headley
(headley@achlaw.com)
Ted W. Cassman
(cassman@achlaw.com)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Attorneys for Defendant Michael J. Loughlin*

WILLIAMS & CONNOLLY LLP

By: */s/ Enu A. Mainigi*

Enu A. Mainigi (*pro hac vice forthcoming*)
(emainigi@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant Carrie Tolstedt*

SHEARMAN & STERLING LLP


By: _____*/s/ Jaculin Aaron*_____

Jaculin Aaron
(jaaron@shearman.com)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Stephen W. Sanger, Susan G. Swenson and Suzanne M. Vautrinot*


RAMSEY & EHRLICH LLP


By: _____*/s/ Ismail Ramsey*_____

Miles Ehrlich
(miles@ramsey-ehrlich.com)
Ismail Ramsey
(izzy@ramsey-ehrlich.com)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

*Attorneys for Defendant John R. Shrewsberry*

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Richard M. Heimann, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: May 23, 2017  */s/ Richard M. Heimann*
Richard M. Heimann

## **ORDER**

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: May 30, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE