Grant P. Fondo (181530)
*gfondo@goodwinlaw.com*
Lloyd Winawer (157823)
*lwinawer@goodwinlaw.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025
Tel: (650) 752-3100
Fax: (650) 853-1038

Richard M. Strassberg (*pro hac vice*)
*rstrassberg@goodwinlaw.com*
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Tel: (212) 813-8800
Fax:  (212) 355-3333

[Additional counsel identified on signature page]

*Attorneys for Defendant
John G. Stumpf*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05541-JST<br><br>(**Consolidated with Nos**. 3:16-cv-05592; 3:16-cv-05745; 3:16-cv-05817; 3:16-cv-05915; 3:16-cv-06262; 3:16-cv-06624; and 3:16-cv-06631) |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT JOHN G. STUMPF'S RESPONSE TO THE CONSOLIDATED COMPLAINT**<br><br>Courtroom:  9, 19th Floor<br>Judge:   Hon. Jon S. Tigar |

| | |
|---|---|
| 1 | Pursuant to Local Civil Rule 6-2 and 7-12, Lead Plaintiffs Fire and Police Pension Association of Colorado and The City of Birmingham Retirement and Relief System ("Lead Plaintiffs") and Defendant John G. Stumpf, by and through their undersigned counsel of record, hereby agree and stipulate as follows: |

Pursuant to Local Civil Rule 6-2 and 7-12, Lead Plaintiffs Fire and Police Pension Association of Colorado and The City of Birmingham Retirement and Relief System ("Lead Plaintiffs") and Defendant John G. Stumpf, by and through their undersigned counsel of record, hereby agree and stipulate as follows:

WHEREAS, on February 8, 2017, the Court entered an order setting the briefing schedule on Defendants' motion to dismiss the Consolidated Complaint on the threshold issue of demand futility, while preserving Defendants' right to assert other defenses, including by motion or otherwise, after the Court's consideration of Defendants' demand futility motion to dismiss [Dkt. 81];

WHEREAS, on February 24, 2017, Lead Plaintiffs filed their Consolidated Amended Verified Stockholder Derivative Complaint ("Complaint") [Dkt. 83];

WHEREAS, on March 17, 2017, Defendant Wells Fargo & Co. filed a motion to dismiss the Complaint for failure to adequately plead demand futility [Dkt. 99], which was fully briefed and subsequently argued before this Court on May 4, 2017;

WHEREAS, on May 4, 2017, the Court issued an order denying in part and granting in part Defendant Wells Fargo & Co.'s motion to dismiss [Dkt. 129], holding that Plaintiffs had adequately pled demand futility;

WHEREAS, on May 30, 2017, the Court issued an order approving a stipulation among all parties in this action and ordering that Defendants shall move to dismiss or otherwise respond to the Complaint on or before June 5, 2017;

WHEREAS, it is anticipated that certain Defendants will file motions to dismiss the Complaint on June 5, 2017;

WHEREAS, counsel for Lead Plaintiffs and Mr. Stumpf have met and agreed that in the event that Mr. Stumpf does not join in any motion to dismiss filed by any Defendant on or before June 5, 2017, justification and good cause exists for extending until June 30, 2017 the date by which Mr. Stumpf shall file an answer to the Complaint.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiffs and Mr. Stumpf, by and through their respective counsel, that in the event that Mr. Stumpf

1

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT JOHN G. STUMPF'S RESPONSE TO THE
CONSOLIDATED COMPLAINT                                        LEAD CASE NO. 3:16-CV-05541-JST

does not join in any Defendant's motion to dismiss the Complaint on or before June 5, 2017, Mr. Stumpf shall file an answer to the Complaint on or before June 30, 2017.

Dated: June 2, 2017    GOODWIN PROCTER LLP

By: */s/ Lloyd Winawer*
Grant P. Fondo (181530)
*gfondo@goodwinlaw.com*
Lloyd Winawer (157823)
*lwinawer@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, CA 94025
Tel: (650) 752-3100
Fax: (650) 853-1038

Richard M. Strassberg (*pro hac vice*)
*rstrassberg@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 813-8800
Fax: (212) 355-3333

*Attorneys for Defendant
John G. Stumpf*

Dated: June 2, 2017    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Richard M. Heimann (with permission)*
Richard M. Heimann (063607)
*rheimann@lchb.com*
Joy A. Kruse (142799)
*jakruse@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven E. Fineman (140335)
*sfineman@lchb.com*
Daniel P. Chiplock (*pro hac vice application to be filed*)
*dchiplock@lchb.com*
Nicholas Diamand (*pro hac vice*)
*ndiamand@lchb.com*
Michael J. Miarmi (*pro hac vice*)
*mmiarmi@lchb.com*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (*pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Jorge A. Amador (237800)
*jamador@saxenawhite.com*
Adam D. Warden (*Pro hac vice application to be filed*)
*awarden@saxenawhite.com*
Dianne M. Anderson (103670)
*danderson@saxenawhite.com*
**SAXENA WHITE P.A.**
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer (*Pro hac vice application to be filed*)
4 West Red Oak Lane, Suite 312
White Plains, NY 10604
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
*ssinger@saxenawhite.com*

*Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

3

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT JOHN G. STUMPF'S RESPONSE TO THE CONSOLIDATED COMPLAINT                 LEAD CASE NO. 3:16-CV-05541-JST

## ATTORNEY ATTESTATION

I, Lloyd Winawer, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: June 2, 2017

*/s/ Lloyd Winawer*
Lloyd Winawer

4

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT JOHN G. STUMPF'S RESPONSE TO THE CONSOLIDATED COMPLAINT    LEAD CASE NO. 3:16-CV-05541-JST

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.** |
| 3 | |
| 4 | Dated: June 5, 2017 |
| 5 | THE HONORABLE JON S. TIGAR<br>UNITED STATES DISTRICT JUDGE |

5

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT JOHN G. STUMPF'S RESPONSE TO THE CONSOLIDATED COMPLAINT          Lead Case No. 3:16-cv-05541-JST