1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

16
17
18
19
20
21
22
23
24

| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-CV-05541-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CARRIE TOLSTEDT'S NOTICE OF MOTION AND MOTION TO DISMISS** |
|---|---|

25
26
27
28

1  Defendant Carrie Tolstedt's Motion to Dismiss the Consolidated Amended Verified
2  Stockholder Derivative Complaint pursuant to Rule 12(b)(6) for failure to state a claim with respect to
3  federal securities causes of action (Counts Five, Six, and Seven), the state-law insider trading causes
4  of action (Counts Three and Eight), and the contribution and indemnification claim (Count Eleven)
5  came on regularly for hearing on August 24, 2017.  The Court, having considered all papers filed by
6  the parties in favor of and in opposition to the Motion to Dismiss, such oral arguments made at the
7  hearing, and all other matters deemed to be appropriate by the Court, and good cause appearing
8  therefor,

9  IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED WITHOUT
10 LEAVE TO AMEND.

DATED:  August __, 2017

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE