Richard M. Heimann (063607)
*rheimann@lchb.com*
Joy A. Kruse (142799)
*jakruse@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (*pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Jorge A. Amador (237800)
*jamador@saxenawhite.com*
SAXENA WHITE P.A.
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05541-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>The Honorable Jon S. Tigar |

WHEREAS, on February 8, 2017, the Court entered an order setting the briefing schedule on Defendants' motion to dismiss the Consolidated Complaint on the threshold issue of demand futility [Dkt. 81];

1 | WHEREAS, the February 8, 2017 order preserved Defendants' right to assert other defenses, including by motion or otherwise, after the Court's consideration of Defendants' demand futility motion to dismiss;

WHEREAS, on February 24, 2017, Lead Plaintiffs Fire and Police Pension Association of Colorado and The City of Birmingham Retirement and Relief System filed their Consolidated Amended Verified Stockholder Derivative Complaint [Dkt. 83];

WHEREAS, on March 17, 2017, Defendants filed their motion to dismiss for failure to adequately plead demand futility [Dkt. 99], which Plaintiffs opposed on April 3, 2017 [Dkt. 115] and Defendants replied to on April 14, 2017 [Dkt. 116];

On May 4, 2017, the Court held argument on Defendants' motion to dismiss on demand futility grounds, and the same day denied in part and granted in part Defendants' motion to dismiss [Dkt. 129], holding that Plaintiffs had adequately pled demand futility;

WHEREAS, on May 23, 2017, the parties submitted a stipulation and proposed briefing schedule for any remaining motions to dismiss pursuant to Federal Rule of Civil Procedure 12 that Defendants intended to make [Dkt. 134], which the Court entered on May 30, 2017 [Dkt. 135];

WHEREAS, on June 5, 2017, certain Defendants filed a total of five motions to dismiss pursuant to Rule 12 [Dkts. 139, 140, 141, 143, 144] and Defendant Stumpf filed a notice of joinder to certain of those motions [Dkt. 145];

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that Plaintiffs will respond to Defendants' motions in a single opposition brief, not to exceed 70 pages. The 70 pages is less than the total number of pages for Defendants' motions to dismiss (78 pages).

Dated: June 14, 2017     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:     */s/Richard M. Heimann*

2

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:16-CV-05541-JST

Richard M. Heimann (063607)
*rheimann@lchb.com*
Joy A. Kruse (142799)
*jakruse@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven E. Fineman (140335)
*sfineman@lchb.com*
Daniel P. Chiplock (*pro hac vice application to be filed*)
*dchiplock@lchb.com*
Nicholas Diamand (*pro hac vice*)
*ndiamand@lchb.com*
Michael J. Miarmi (*pro hac vice*)
*mmiarmi@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (*pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Jorge A. Amador (237800)
*jamador@saxenawhite.com*
Adam D. Warden (*Pro hac vice application to be filed*)
*awarden@saxenawhite.com*
Dianne M. Anderson (CA Bar No. 103670)
*danderson@saxenawhite.com*
SAXENA WHITE P.A.
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer (*Pro hac vice application to be filed*)
SAXENA WHITE P.A.
4 West Red Oak Lane, Suite 312
White Plains, NY 10604
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
ssinger@saxenawhite.com

*Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

GOODWIN PROCTER LLP

By: _____/s/ Richard M. Strassberg_____
Richard M. Strassberg (*pro hac vice*)
(rstrassberg@goodwinlaw.com)
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

Grant P. Fondo
(gfondo@goodwinlaw.com)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant John G. Stumpf*

CLARENCE DYER & COHEN LLP


By: _____/s/Nancy L. Clarence_____
Nanci L. Clarence
(nclarence@clarencedyer.com)
Josh A. Cohen
(jcohen@clarencedyer.com)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

*Attorneys for Defendant Timothy J. Sloan*

ARGUEDAS, CASSMAN & HEADLEY, LLP

By: _____/s/Ted W. Cassman_____
Cristina C. Arguedas
(arguedas@achlaw.com)
Laurel L. Headley
(headley@achlaw.com)
Ted W. Cassman
(cassman@achlaw.com)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Attorneys for Defendant Michael J. Loughlin*


WILLIAMS & CONNOLLY LLP


By: _____/s/Enu A. Mainigi_____
Enu A. Mainigi (*pro hac vice forthcoming*)
(emainigi@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant Carrie Tolstedt*

SHEARMAN & STERLING LLP

By:    */s/Jaculin Aaron*
Jaculin Aaron
(jaaron@shearman.com)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Stephen W. Sanger, Susan G. Swenson and Suzanne M. Vautrinot*

RAMSEY & EHRLICH LLP

By:    */s/Miles Ehrlich*
Miles Ehrlich
(miles@ramsey-ehrlich.com)
Ismail Ramsey
(izzy@ramsey-ehrlich.com)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

*Attorneys for Defendant John R. Shrewsberry*

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Richard M. Heimann, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: June 14, 2017

*/s/ Richard M. Heimann*
Richard M. Heimann

**ORDER**

**Pursuant to stipulation, IT IS SO ORDERED.**

Dated: June 15, 2017

_[signature]_
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE