| 1 | Richard H. Klapper (*pro hac vice*) |
| | (klapperr@sullcrom.com) |
| 2 | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| 3 | New York, New York 10004-2498 |
| | Telephone: (212) 558-3555 |
| 4 | Facsimile: (212) 291-9083 |

Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-3555
Facsimile: (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Ryan J. McCauley (SBN 264913)
(mccauleyr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-6985
Facsimile: (202) 956-7056

*Counsel for Nominal Defendant*
*Wells Fargo & Company*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05541-JST<br><br>**ADR L.R. 3-5 STIPULATION AND [PROPOSED] ORDER**<br><br>The Honorable Jon S. Tigar |

Counsel for Lead Plaintiffs and Defendants have met and conferred regarding alternative dispute resolution ("ADR") and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in private ADR with a mediator mutually agreeable to Lead Plaintiffs and Defendants and request an initial deadline of December 31, 2017 to satisfy the requirements of the Civil and ADR Local Rules.

Dated: September 6, 2017

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:     */s/* Richard M. Heimann

Richard M. Heimann (063607)
*rheimann@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven E. Fineman (CA Bar No. 140335)
*sfineman@lchb.com*
Joy A. Kruse (CA Bar No. 142799)
*jakruse@lchb.com*
Daniel P. Chiplock (admitted *pro hac vice*)
*dchiplock@lchb.com*
Nicholas Diamand (admitted *pro hac vice*)
*ndiamand@lchb.com*
Michael J. Miarmi (admitted *pro hac vice*)
*mmiarmi@lchb.com*
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (admitted *pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (admitted *pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (CA Bar No. 241590)
*lhooker@saxenawhite.com*
Jorge A. Amador (CA Bar No. 237800)
*jamador@saxenawhite.com*
Adam D. Warden (*pro hac vice* application to be filed)
*awarden@saxenawhite.com*
Dianne M. Anderson (CA Bar No. 103670)
*danderson@saxenawhite.com*
SAXENA WHITE P.A.
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*


SULLIVAN & CROMWELL LLP

By:  */s/* Brendan P. Cullen

Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-3555
Facsimile: (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Ryan J. McCauley (SBN 264913)
(mccauleyr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Nominal Defendant Wells Fargo & Co.*

| | |
|---|---|
|1| |
|2|GOODWIN PROCTER LLP|
|3|By: _____*/s/* Grant P. Fondo_____|
|4|Richard M. Strassberg (*pro hac vice*)<br>(rstrassberg@goodwinlaw.com)<br>GOODWIN PROCTER LLP|
|5|620 8th Avenue<br>New York, NY 10018|
|6|Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333|
|7| |
|8|Grant P. Fondo<br>(gfondo@goodwinlaw.com)<br>GOODWIN PROCTER LLP|
|9|135 Commonwealth Drive<br>Menlo Park, CA 94025|
|10|Telephone: (650) 752-3100<br>Facsimile: (650) 853-1038|
|11| |
|12|*Attorneys for Defendant John G. Stumpf*|
|13|CLARENCE DYER & COHEN LLP|
|14|By: _____*/s/* Josh A. Cohen_____|
|15|Nanci L. Clarence<br>(nclarence@clarencedyer.com)|
|16|Josh A. Cohen<br>(jcohen@clarencedyer.com)|
|17|CLARENCE DYER & COHEN LLP<br>899 Ellis Street|
|18|San Francisco, CA 94109<br>Telephone: (415) 749-1800|
|19|Facsimile: (415) 749-1694|
|20|*Attorneys for Defendant Timothy J. Sloan*|

| | |
|---|---|
| 1 | |
| 2 | RAMSEY & EHRLICH LLP |
| 3 | By: _____*/s/* Ismail Ramsey_____ |
| 4 | Miles Ehrlich<br>(miles@ramsey-ehrlich.com) |
| 5 | Ismail Ramsey<br>(izzy@ramsey-ehrlich.com)<br>RAMSEY & EHRLICH LLP |
| 6 | 803 Hearst Avenue<br>Berkeley, CA 94710 |
| 7 | Telephone: (510) 548-3600<br>Facsimile: (510) 291-3060 |

*Attorneys for Defendant John R. Shrewsberry*

WILLIAMS & CONNOLLY LLP

By: _____*/s/* Enu A. Mainigi_____

Enu A. Mainigi (admitted *pro hac vice*)
(emainigi@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant Carrie Tolstedt*

SHEARMAN & STERLING LLP

By: _____*/s/* Jaculin Aaron_____

Jaculin Aaron
(jaaron@shearman.com)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Stephen W. Sanger, Susan G. Swenson and Suzanne M. Vautrinot*

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brendan P. Cullen, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: September 6, 2017  /s/ Brendan P. Cullen

## **ORDER**

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: September 15, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE