1  Stuart J. Baskin (*pro hac vice*)
     sbaskin@shearman.com
2  Jaculin Aaron (SBN 133983)
     jaaron@shearman.com
3  SHEARMAN & STERLING LLP
   599 Lexington Avenue
4  New York, NY  10022-6069
   Telephone: 212.848.4000
5  Facsimile: 212.848.7179

6  John F. Cove, Jr. (SBN 212213)
     john.cove@shearman.com
7  Emily V. Griffen (SBN 209162)
     egriffen@shearman.com
8  Lisa M. Valenti-Jordan (SBN 300161)
     lisa.valenti-jordan@shearman.com
9  SHEARMAN & STERLING LLP
   535 Mission Street, 25th Floor
10 San Francisco, CA  94105-2997
   Telephone:  415.616.1100
11 Facsimile:   415.616.1199

12 *Attorneys for Defendants John D. Baker II,
   Elaine L. Chao, John S. Chen, Lloyd H. Dean,*
13 *Elizabeth A. Duke, Susan E. Engel, Enrique
   Hernandez, Jr., Donald M. James, Cynthia H.*
14 *Milligan, Federico F. Peña, James H. Quigley,
   Judith M. Runstad, Stephen W. Sanger, Susan*
15 *G. Swenson, and Suzanne M. Vautrinot*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05541-JST |
|---|---|
| | (Consolidated with Nos. 3:16-CV-05592; 3:16-CV-05745; 3:16-CV-05817; 3:16-CV-05915; 3:16-CV-06262; 3:16-CV-06624; AND 3:16-CV-06631) |
| This Document Relates To:  All Actions. | STIPULATION AND [PROPOSED] ORDER CONCERNING THE DEADLINE FOR ANSWERING THE COMPLAINT |
| | Judge:        Hon Jon S. Tigar |

1    WHEREAS, the Court granted in part and denied in part the Individual Defendants'

2 Motions to Dismiss the Consolidated Amended Verified Stockholder Derivative Complaint

3 ("Amended Complaint") on October 4, 2017.

4    WHEREAS, counsel for the parties have conferred and agreed, subject to Court approval,

5 to extend the Individual Defendants' deadline to answer the Amended Complaint to November 17,

6 2017.

7    WHEREAS, the parties agree that this new deadline is appropriate in this case given the

8 length of the Amended Complaint and the large number of Individual Defendants represented by

9 numerous different law firms.

10    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

11 parties, by and through their Counsel, that the Individual Defendants' deadline for answering the

12 Amended Complaint shall be extended to November 17, 2017.

13 Dated: October 13, 2017            SHEARMAN & STERLING LLP

                                     By:         /s/ Jaculin Aaron

                                     Jaculin Aaron
                                     (jaaron@shearman.com)
                                     SHEARMAN & STERLING LLP
                                     599 Lexington Avenue
                                     New York, NY 10022
                                     Telephone: (212) 848-4000
                                     Facsimile: (212) 848-7179

                                     *Attorneys for Defendants John D. Baker II, Elaine L.
                                     Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke,
                                     Susan E. Engel, Enrique Hernandez, Jr., Donald M.
                                     James, Cynthia H. Milligan, Federico F. Peña, James H.
                                     Quigley, Judith M. Runstad, Stephen W. Sanger, Susan
                                     G. Swenson and Suzanne M. Vautrinot*

| | |
|---|---|
| 1 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | |
| 3 | By:     */s/* Richard M. Heimann |
| 4 | Richard M. Heimann (063607) |
| | *rheimann@lchb.com* |
| 5 | Katherine C. Lubin (259826) |
| | *kbenson@lchb.com* |
| 6 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 7 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| 8 | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| 9 | Steven E. Fineman (CA Bar No. 140335) |
| 10 | *sfineman@lchb.com* |
| | Joy A. Kruse (CA Bar No. 142799) |
| 11 | *jakruse@lchb.com* |
| | Daniel P. Chiplock (admitted *pro hac vice*) |
| 12 | *dchiplock@lchb.com* |
| | Nicholas Diamand (admitted *pro hac vice*) |
| 13 | *ndiamand@lchb.com* |
| 14 | Michael J. Miarmi (admitted *pro hac vice*) |
| | *mmiarmi@lchb.com* |
| 15 | Lieff Cabraser Heimann & Bernstein, LLP |
| | 250 Hudson Street, 8th Floor |
| 16 | New York, NY 10013-1413 |
| | Telephone: (212) 355-9500 |
| 17 | Facsimile: (212) 355-9592 |
| 18 | |
| 19 | *Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel* |

| | |
|---|---|
| 1 | SAXENA WHITE P.A. |
| 2 | By:       /s/ Maya Saxena |
| 3 | |
| 4 | Maya Saxena (admitted *pro hac vice*)<br>*msaxena@saxenawhite.com* |
| 5 | Joseph E. White, III (admitted *pro hac vice*)<br>*jwhite@saxenawhite.com* |
| 6 | Lester R. Hooker (CA Bar No. 241590)<br>*lhooker@saxenawhite.com* |
| 7 | Jorge A. Amador (CA Bar No. 237800)<br>*jamador@saxenawhite.com* |
| 8 | Adam D. Warden (*pro hac vice* application to be filed)<br>*awarden@saxenawhite.com* |
| 9 | Dianne M. Anderson (CA Bar No. 103670)<br>*danderson@saxenawhite.com* |
| 10 | SAXENA WHITE P.A. |
| 11 | 5200 Town Center Circle, Suite 601<br>Boca Raton, FL 33486 |
| 12 | Telephone: (561) 394-3399<br>Facsimile: (561) 394-3382 |
| 13 | |
| 14 | *Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel* |

SULLIVAN & CROMWELL LLP

By: _____/s/ Brendan P. Cullen_____

Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-3555
Facsimile: (212) 291-9083

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
Telephone: (202) 956-6985
Facsimile: (202) 956-7056

Gilbert R. Serota (SBN 75305)
(gilbert.serota@apks.com)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, Suite 10
San Francisco, California 94111
Telephone: (415) 471-3170
Facsimile: (415) 471-3400

*Counsel for Nominal Defendant
Wells Fargo & Company*

GOODWIN PROCTER LLP

By: _____/s/ Grant P. Fondo_____

Richard M. Strassberg (*pro hac vice*)
(rstrassberg@goodwinlaw.com)
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

Grant P. Fondo
(gfondo@goodwinlaw.com)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant John G. Stumpf*

CLARENCE DYER & COHEN LLP

By: _____/s/ Josh A. Cohen_____

Nanci L. Clarence
(nclarence@clarencedyer.com)
Josh A. Cohen
(jcohen@clarencedyer.com)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

*Attorneys for Defendant Timothy J. Sloan*

| | |
|---|---|
| 1 | RAMSEY & EHRLICH LLP |
| 2 | By: /s/ Ismail Ramsey |
| 3 | Miles Ehrlich |
| 4 | (miles@ramsey-ehrlich.com) |
| | Ismail Ramsey |
| 5 | (izzy@ramsey-ehrlich.com) |
| | RAMSEY & EHRLICH LLP |
| 6 | 803 Hearst Avenue |
| 7 | Berkeley, CA 94710 |
| | Telephone: (510) 548-3600 |
| 8 | Facsimile: (510) 291-3060 |
| 9 | *Attorneys for Defendant John R. Shrewsberry* |
| 10 | WILLIAMS & CONNOLLY LLP |
| 11 | |
| | By: /s/ Enu A. Mainigi |
| 12 | |
| | Enu A. Mainigi (admitted pro hac vice) |
| 13 | (emainigi@wc.com) |
| | WILLIAMS & CONNOLLY LLP |
| 14 | 725 Twelfth Street, N.W. |
| 15 | Washington D.C. 20005 |
| | Telephone: (202) 434-5000 |
| 16 | Facsimile: (202) 434-5029 |
| 17 | *Attorneys for Defendant Carrie Tolstedt* |
| 18 | ARGUEDAS, CASSMAN & HEADLEY, LLP |
| 19 | |
| | By: /s/ Ted W. Cassman |
| 20 | |
| | Cristina C. Arguedas |
| 21 | (arguedas@achlaw.com) |
| | Ted W. Cassman |
| 22 | (cassman@achlaw.com) |
| | ARGUEDAS, CASSMAN & HEADLEY, LLP |
| 23 | 803 Hearst Avenue |
| 24 | Berkeley, CA 94710 |
| | Telephone: (510) 845-3000 |
| 25 | Facsimile: (510) 845-3003 |
| 26 | |
| | *Attorneys for Defendant Michael J. Loughlin* |
| 27 | |
| 28 | |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lisa M. Valenti-Jordan, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

Dated: October 13, 2017

By: /s/ Lisa M. Valenti-Jordan

IT IS SO ORDERED.

Dated: October 16, 2017

Hon. Jon S. Tigar
United States District Judge