Stuart J. Baskin (*pro hac vice*)
  sbaskin@shearman.com
Jaculin Aaron (SBN 133983)
  jaaron@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: 212.848.4000
Facsimile: 212.848.7179

John F. Cove, Jr. (SBN 212213)
  john.cove@shearman.com
Emily V. Griffen (SBN 209162)
  egriffen@shearman.com
Lisa M. Valenti-Jordan (SBN 300161)
  lisa.valenti-jordan@shearman.com
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105-2997
Telephone: 415.616.1100
Facsimile: 415.616.1199

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Judith M. Runstad, Stephen W. Sanger, Susan G. Swenson, and Suzanne M. Vautrinot*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No. 3:16-cv-05541-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING THE DEADLINE FOR ANSWERING THE COMPLAINT**<br><br>Judge: Hon Jon S. Tigar |

STIP AND [PROPOSED] ORDER CONCERNING THE DEADLINE FOR ANSWERING THE COMPLAINT

LEAD CASE NO. 3:16-CV-05541-JST

| | |
|---|---|
| 1 | WHEREAS, the Court granted in part and denied in part the Individual Defendants' Motions to Dismiss the Consolidated Amended Verified Stockholder Derivative Complaint ("Amended Complaint") on October 4, 2017; |

WHEREAS, the Court granted in part and denied in part the Individual Defendants' Motions to Dismiss the Consolidated Amended Verified Stockholder Derivative Complaint ("Amended Complaint") on October 4, 2017;

WHEREAS, the current deadline for answering the Amended Complaint is November 17, 2017;

WHEREAS, counsel for the parties have conferred and agreed, subject to Court approval, to extend the Individual Defendants' deadline to answer the Amended Complaint to January 8, 2018; and

WHEREAS, the parties agree that this new deadline is appropriate in this case given the length of the Amended Complaint and the large number of Individual Defendants represented by numerous different law firms.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties, by and through their Counsel, that the Individual Defendants' deadline for answering the Amended Complaint shall be extended to January 8, 2018.

Dated: November 10, 2017      SHEARMAN & STERLING LLP

By:     /s/ Jaculin Aaron

Jaculin Aaron
(jaaron@shearman.com)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 848-4000
Facsimile (646) 848-7179

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Judith M. Runstad, Stephen W. Sanger, Susan G. Swenson, and Suzanne M. Vautrinot*

STIP AND [PROPOSED] ORDER      1      LEAD CASE NO. 3:16-CV-05541-JST
CONCERNING THE DEADLINE FOR
ANSWERING THE COMPLAINT

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____/s/ Richard M. Heimann_____

Richard M. Heimann (063607)
*rheimann@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven E. Fineman (CA Bar No. 140335)
*sfineman@lchb.com*
Joy A. Kruse (CA Bar No. 142799)
*jakruse@lchb.com*
Daniel P. Chiplock (admitted *pro hac vice*)
*dchiplock@lchb.com*
Nicholas Diamand (admitted *pro hac vice*)
*ndiamand@lchb.com*
Michael J. Miarmi (admitted *pro hac vice*)
*mmiarmi@lchb.com*
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Co-Lead Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (admitted *pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (admitted *pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (CA Bar No. 241590)
*lhooker@saxenawhite.com*
Jorge A. Amador (CA Bar No. 237800)
*jamador@saxenawhite.com*
Adam D. Warden (*pro hac vice* application to be filed)
*awarden@saxenawhite.com*
Dianne M. Anderson (CA Bar No. 103670)
*danderson@saxenawhite.com*
SAXENA WHITE P.A.
150 East Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer (admitted *pro hac vice*)
*ssinger@saxenawhite.com*
Kyla Grant (admitted *pro hac vice*)
*kgrant@saxenawhite.com*
4 West Red Oak Lane, Suite 312
White Plains, NY 10604
Telephone: (914) 437-8551
Facsimile: (888) 631-3611

*Attorneys for Co-Lead Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

| | |
|---|---|
| 1 | SULLIVAN & CROMWELL LLP |
| 2 | By:     */s/* Brendan P. Cullen |
| 3 | Richard H. Klapper (*pro hac vice*) |
|   | (klapperr@sullcrom.com) |
| 4 | SULLIVAN & CROMWELL LLP |
|   | 125 Broad Street |
| 5 | New York, New York 10004-2498 |
|   | Telephone: (212) 558-3555 |
| 6 | Facsimile: (212) 291-9083 |
| 7 | Brendan P. Cullen (SBN 194057) |
|   | (cullenb@sullcrom.com) |
| 8 | SULLIVAN & CROMWELL LLP |
|   | 1870 Embarcadero Road |
| 9 | Palo Alto, California 94303 |
|   | Telephone: (650) 461-5600 |
| 10 | Facsimile: (650) 461-5700 |
| 11 | Christopher M. Viapiano (*pro hac vice*) |
|   | (viapianoc@sullcrom.com) |
| 12 | SULLIVAN & CROMWELL LLP |
|   | 1700 New York Avenue, N.W., Suite 700 |
| 13 | Washington, D.C. 20006 |
|   | Telephone: (202) 956-6985 |
| 14 | Facsimile: (202) 956-7056 |
| 15 | Gilbert R. Serota (SBN 75305) |
|   | (gilbert.serota@apks.com) |
| 16 | ARNOLD & PORTER KAYE SCHOLER LLP |
|   | Three Embarcadero Center, Suite 10 |
| 17 | San Francisco, California 94111 |
|   | Telephone: (415) 471-3170 |
| 18 | Facsimile: (415) 471-3400 |
| 19 | *Counsel for Nominal Defendant* |
| 20 | *Wells Fargo & Company* |

STIP AND [PROPOSED] ORDER CONCERNING THE DEADLINE FOR ANSWERING THE COMPLAINT     4     LEAD CASE NO. 3:16-CV-05541-JST

GOODWIN PROCTER LLP

By: _____/s/ Grant P. Fondo_____

Richard M. Strassberg (*pro hac vice*)
(rstrassberg@goodwinlaw.com)
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

Grant P. Fondo
(gfondo@goodwinlaw.com)
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant John G. Stumpf*


CLARENCE DYER & COHEN LLP

By: _____/s/ Josh A. Cohen_____

Nanci L. Clarence
(nclarence@clarencedyer.com)
Josh A. Cohen
(jcohen@clarencedyer.com)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

*Attorneys for Defendant Timothy J. Sloan*

| | |
|---|---|
| 1 | RAMSEY & EHRLICH LLP |
| 2 | By: _/s/ Ismail Ramsey_ |
| 3 | Miles Ehrlich |
| 4 | (miles@ramsey-ehrlich.com) |
| | Ismail Ramsey |
| 5 | (izzy@ramsey-ehrlich.com) |
| | RAMSEY & EHRLICH LLP |
| 6 | 803 Hearst Avenue |
| | Berkeley, CA 94710 |
| 7 | Telephone: (510) 548-3600 |
| | Facsimile: (510) 291-3060 |

*Attorneys for Defendant John R. Shrewsberry*

WILLIAMS & CONNOLLY LLP

By: _/s/ Enu A. Mainigi_

Enu A. Mainigi (admitted *pro hac vice*)
(emainigi@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant Carrie Tolstedt*


ARGUEDAS, CASSMAN & HEADLEY, LLP

By: _/s/ Ted W. Cassman_

Cristina C. Arguedas
(arguedas@achlaw.com)
Ted W. Cassman
(cassman@achlaw.com)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

*Attorneys for Defendant Michael J. Loughlin*

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lisa Valenti-Jordan, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: November 10, 2017  */s/* Lisa Valenti-Jordan

**ORDER**

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: November 13, 2017

———————————————
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE