Richard M. Heimann (063607)
*rheimann@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
Michael K. Sheen (288284)
*msheen@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (*Pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*Pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
SAXENA WHITE P.A.
150 East Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS. | Lead Case No. 3:16-cv-05541-JST |
| R.A. FEUER,<br><br>*Plaintiff*<br><br>v.<br><br>WELLS FARGO & COMPANY et al.,<br><br>*Defendants*. | Case No. 3:18-cv-02866-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE *FEUER* COMPLAINT**<br><br>The Honorable Jon S. Tigar |

WHEREAS, in September 2016, several shareholder derivative actions were filed in the United States District Court for the Northern District of California, seeking relief under federal and state law for the alleged misconduct by current and former Wells Fargo & Company ("Wells Fargo" or the "Company") officers and directors arising from the opening of customer accounts without customer knowledge or authorization (the "Unauthorized Sales Practices");

WHEREAS, the Court consolidated those related actions, and on January 12, 2017, the Court appointed the Fire and Police Pension Association of Colorado and the City of Birmingham Retirement and Relief System as Lead Plaintiffs in *In re Wells Fargo & Co. Shareholder Derivative Litigation*, No. 3:16-cv-05541-JST (the "Lead Action") (Lead Action, ECF No. 70);

WHEREAS, in the Lead Action, the Court granted in part and denied in part Defendants' motion to dismiss Lead Plaintiffs' Consolidated Amended Verified Stockholder Derivative Complaint (the "Consolidated Complaint") for failure to plead demand futility (Lead Action, ECF No. 129) on May 4, 2017; the Court granted in part and denied in part Defendants' motion to dismiss the Consolidated Complaint for failure to state a claim (Lead Action, ECF No. 174) on October 4, 2017; Defendants filed answers to the Consolidated Complaint on January 8, 2018 (Lead Action, ECF Nos. 187–92); and the Court entered a Scheduling Order providing for a trial to commence December 2, 2019 (Lead Action, ECF No. 199);

WHEREAS, on May 16, 2018, Plaintiff R.A. Feuer filed a Verified Derivative Complaint in *Feuer v. Wells Fargo & Co.*, No. 3:18-cv-02866-JST (the "*Feuer* Action") (*Feuer* Action, ECF No. 1);

WHEREAS, on June 13, 2018, the Court related the *Feuer* Action with the Lead Action (Lead Action, ECF No. 230);

WHEREAS, on June 20, 2018, Plaintiff Feuer filed an Amended Complaint (*Feuer* Action, ECF No. 19) (the "*Feuer* Complaint");

WHEREAS, the *Feuer* Complaint alleges certain background information referencing the Unauthorized Sales Practices at issue in the Lead Action (*see, e.g.*, *Feuer* Compl. ¶¶ 3–4, 80–106, 148–59, 175–262);

WHEREAS, the allegations in the *Feuer* Complaint referencing the Unauthorized Sales

1  Practices—including Plaintiff Feuer's initial demand on the Company's Board of Directors, dated
2  December 12, 2016 (*Feuer* Compl. ¶ 176, Ex. A)—are intended to provide background
3  information only, and Plaintiff Feuer does not base his claims for relief on allegations related to
4  the Unauthorized Sales Practices;
5       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the
6  undersigned parties, by and through their counsel, as follows:
7       1.    The *Feuer* Complaint does not, and shall not be construed to, assert claims for
8  breach of fiduciary duty, breach of duty of loyalty, and breach of the duty of candor to the extent
9  such claims involve the Unauthorized Sales Practices or have been asserted in the Lead Action,
10 and Plaintiff Feuer will not seek and expressly waives his right to assert claims for any relief
11 involving the Unauthorized Sales Practices, including damages, in connection with the *Feuer*
12 Action.

Dated: September 6, 2018     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   */s/ Richard M. Heimann*

Richard M. Heimann (063607)
*rheimann@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
Michael K. Sheen (288284)
*msheen@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

| | |
|---|---|
| 1 | Steven E. Fineman (CA Bar No. 140335) |
| | *sfineman@lchb.com* |
| 2 | Daniel P. Chiplock (*Pro hac vice*) |
| | *dchiplock@lchb.com* |
| 3 | Nicholas Diamand (*Pro hac vice*) |
| | *ndiamand@lchb.com* |
| 4 | Michael J. Miarmi (*Pro hac vice*) |
| | *mmiarmi@lchb.com* |
| 5 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 250 Hudson Street, 8th Floor |
| 6 | New York, NY 10013-1413 |
| | Telephone: (212) 355-9500 |
| 7 | Facsimile: (212) 355-9592 |
| 8 | *Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel* |
| 9 | |
| 10 | Maya Saxena (*Pro hac vice*) |
| | *msaxena@saxenawhite.com* |
| 11 | Joseph E. White, III (*Pro hac vice*) |
| | *jwhite@saxenawhite.com* |
| 12 | Lester R. Hooker (241590) |
| | *lhooker@saxenawhite.com* |
| 13 | Adam D. Warden (*Pro hac vice*) |
| | *awarden@saxenawhite.com* |
| 14 | Dianne M. Anderson (286199) |
| | *danderson@saxenawhite.com* |
| 15 | SAXENA WHITE P.A. |
| | 150 East Palmetto Park Road, Suite 600 |
| 16 | Boca Raton, FL 33432 |
| | Telephone: (561) 394-3399 |
| 17 | Facsimile: (561) 394-3382 |
| 18 | Steven B. Singer (*Pro hac vice*) |
| | *ssinger@saxenawhite.com* |
| 19 | Kyla Grant (*Pro hac vice*) |
| | *kgrant@saxenawhite.com* |
| 20 | SAXENA WHITE P.A. |
| | 10 Bank Street, 8th Floor |
| 21 | White Plains, NY 10606 |
| | Telephone: (914) 437-8551 |
| 22 | Facsimile: (888) 631-3611 |
| 23 | *Attorneys for Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | GREENFIELD & GOODMAN, LLC |
| 3 | By: */s/ Richard D. Greenfield* |
| 4 | Richard D. Greenfield |
| | *whitehatrdg@earthlink.net* |
| 5 | Marguerite R. Goodman |
| | Ann M. Caldwell |
| 6 | Ilene F. Brookler |
| | GREENFIELD & GOODMAN LLC |
| 7 | 250 Hudson Street, 8th Floor |
| | New York, NY 10013 |
| 8 | Telephone: (917) 495-4446 |
| 9 | Betsy Carol Manifold (182450) |
| | *manifold@whafh.com* |
| 10 | Rachele R. Rickert (190634) |
| | *rickert@whafh.com* |
| 11 | Marisa C. Livesay (223247) |
| | *livesay@whafh.com* |
| 12 | Brittany Nicole DeJong (258766) |
| | *dejong@whafh.com* |
| 13 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 14 | 750 B Street, Suite 2770 |
| | San Diego, CA 92101 |
| 15 | Telephone: (619) 239-4599 |
| | Facsimile: (619) 234-4599 |
| 16 | Fred Taylor Isquith |
| | *isquith@whafh.com* |
| 17 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 18 | 270 Madison Avenue |
| | New York, NY 10016 |
| 19 | Telephone: (212) 545-4600 |
| | Facsimile: (212) 545-4653 |
| 20 | *Attorneys for Plaintiff R.A Feuer* |

SULLIVAN & CROMWELL LLP


By:  */s/ Brendan P. Cullen*

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
Ryan J. McCauley (SBN 264913)
(mccauleyr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Nominal Defendant Wells Fargo & Co.*


GOODWIN PROCTER LLP


By:  */s/ Grant P. Fondo*

Richard M. Strassberg (*pro hac vice forthcoming*)
rstrassberg@goodwinlaw.com
Daniel P. Roeser (*pro hac vice forthcoming*)
droeser@goodwinlaw.com
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

Grant P. Fondo
*gfondo@goodwinlaw.com*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorneys for Defendant John G. Stumpf*

CLARENCE DYER & COHEN LLP

By: */s/ Josh A. Cohen*

Nanci L. Clarence
*nclarence@clarencedyer.com*
Josh A. Cohen
*jcohen@clarencedyer.com*
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

*Attorneys for Defendant Timothy J. Sloan*

RAMSEY & EHRLICH LLP

By: */s/ Miles Ehrlich*

Miles Ehrlich
*miles@ramsey-ehrlich.com*
Ismail Ramsey
*izzy@ramsey-ehrlich.com*
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

*Attorneys for Defendant John R. Shrewsberry (Consolidated Action only) and Franklin Codel (Feuer Action only)*

SKAGGS FAUCETTE LLP

By: */s/ Jeffrey E. Faucette*

Jeffrey E. Faucette
jeff@skaggsfaucette.com
SKAGGS FAUCETTE LLP
One Embarcadero Center
Suite 500
San Francisco, CA 94111
Telephone: (415) 315-1669
Facsimile: (415) 433-5994

Enu A. Mainigi (*pro hac vice forthcoming*)
*emainigi@wc.com*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant Carrie Tolstedt*


FARELLA BRAUN + MARTEL LLP


By: */s/ C. Brandon Wisoff*

C. Brandon Wisoff
bwisoff@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104
Phone (415) 954-4400
Fax (415) 954-4480

*Attorneys for Defendant Avid Modjtabai*


COVINGTON & BURLING LLP


By: */s/ Carolyn Kubota*

Carolyn Kubota
Monica Ramirez Almadani
mralmadani@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800

*Attorneys for Defendant Dawn Martin Harp*

SHEARMAN & STERLING LLP

By: */s/ John F. Cove, Jr.*

John F. Cove, Jr.
*john.cove@shearman.com*
Jaculin Aaron
*jaaron@shearman.com*
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Stephen W. Sanger, Susan G. Swenson and Suzanne M. Vautrinot*

# **ATTESTATION**

I, Richard M. Heimann, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: September 6, 2018          */s/ Richard M. Heimann*
                                                     Richard M. Heimann

**ORDER**

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED**

Dated: September 7, 2018

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Jon S. Tigar