1   Richard H. Klapper (*pro hac vice*)
    (klapperr@sullcrom.com)
2   SULLIVAN & CROMWELL LLP
    125 Broad Street
3   New York, New York 10004-2498
    Telephone:  (212) 558-3555
4   Facsimile:  (212) 291-9083

5   Brendan P. Cullen (SBN 194057)
    (cullenb@sullcrom.com)
6   Sverker K. Hogberg (SBN 244640)
    (hogbergs@sullcrom.com)
7   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
8   Palo Alto, California 94303
    Telephone:     (650) 461-5600
9   Facsimile:     (650) 461-5700

10  Christopher M. Viapiano (*pro hac vice*)
    (viapianoc@sullcrom.com)
11  SULLIVAN & CROMWELL LLP
    1700 New York Avenue, N.W., Suite 700
12  Washington, D.C. 20006
    Telephone:     (202) 956-6985
13  Facsimile:     (202) 956-7056

14  *Counsel for Nominal Defendant*
    *Wells Fargo & Company*

15  [Additional Counsel on Signature Page]

16

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19

20                                              Lead Case No. 3:16-cv-05541-JST

21                                              **STIPULATION AND [PROPOSED]**
                                                **ORDER MODIFYING DEADLINES**
22  IN RE WELLS FARGO & COMPANY                 **REGARDING ANTICIPATED**
    SHAREHOLDER DERIVATIVE                      **MOTION FOR PRELIMINARY**
23  LITIGATION                                  **APPROVAL OF SETTLEMENT**
                                                **AGREEMENT**
24                        .
                                                The Honorable Jon. S. Tigar
25

26

27

28

WHEREAS, on January 16, 2019, the parties in the above-captioned action (the "Parties") filed a Joint Case Management Statement & Notice of Settlement, notifying the Court that the Parties had reached an agreement in principle to settle the action and were finalizing the terms of a settlement agreement, and requested that the Court set a briefing and hearing schedule on Plaintiffs' anticipated motion for preliminary approval of the forthcoming settlement agreement and set aside all other dates in the action (Dkt. No. 266);

WHEREAS, on January 21, 2019, the Court set the following deadlines requested by the Parties relating to Plaintiffs' motion for preliminary approval of the settlement agreement and vacated all other deadlines in the action (Dkt. No. 267):

| Event | Deadline |
|---|---|
| Deadline to file motion for preliminary approval of settlement agreement | February 14, 2019 |
| Deadline to file opposition to motion for preliminary approval | February 28, 2019 |
| Deadline to file reply to any opposition to motion for preliminary approval | March 7, 2019 |
| Hearing on motion for preliminary approval | March 21, 2019, at 2:00 p.m. Courtroom, 19th Floor |

WHEREAS, the Parties have continued to work diligently with the assistance of Hon. Daniel Weinstein (Ret.) to finalize the terms of the settlement agreement, but are still working to resolve certain issues related to the anticipated settlement agreement;

WHEREAS, given the large number of parties and the complexity of the issues involved, the Parties agree that they require additional time to complete negotiations in order to finalize the anticipated settlement agreement, and therefore agree that extending the deadlines relating to Plaintiffs' anticipated motion for preliminary approval of the settlement agreement will assist in facilitating resolution of the action;[1]

---

[1] The Parties have not previously sought to modify the deadlines relating to Plaintiffs' anticipated motion for preliminary approval, but previously have sought and been granted the following time modifications by the Court: (i) on January 23, 2017 (Dkt. No. 78) the Parties requested to continue a case management conference; (ii) on October 13, 2017 and November 10, 2017 the Parties filed stipulations concerning the deadline to answer the complaint in this action (Dkt. No. 175; 182); (iii) on August 23, 2018, Plaintiffs requested to vacate a deadline regarding the

1    WHEREAS, because all deadlines in this action have been vacated, save for those relating

2    to Plaintiffs' anticipated motion for preliminary approval of the settlement agreement, the time

3    modifications requested by the Parties below will not affect the schedule for the case except as set

4    forth below.

5    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the

6    Parties, by and through their Counsel, and subject to the Court's approval, that the deadlines

7    relating to Plaintiffs' anticipated motion for preliminary approval of the settlement agreement be

8    modified as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Deadline to file motion for preliminary approval of settlement agreement | February 14, 2019 | February 28, 2019 |
| Deadline to file opposition to motion for preliminary approval | February 28, 2019 | March 14, 2019 |
| Deadline to file reply to any opposition to motion for preliminary approval | March 7, 2019 | March 21, 2019 |
| Hearing on motion for preliminary approval | March 21, 2019, at 2:00 p.m. Courtroom, 19th Floor | April 4, 2019, at 2:00 p.m. Courtroom, 19th Floor |

submission of a joint discovery letter brief and to continue the deadline to submit a proposal
regarding the case schedule, and on October 9, 2018, pursuant to the Court's August 24, 2018
Order (Dkt. No. 247), the Parties proposed changes to the schedule in this action (Dkt. No. 255);
and (iv) on January 21, 2019, the Court vacated the case management conference scheduled for
January 23, 2019 (Dkt. No. 267).

STIPULATION AND PROPOSED ORDER
CASE NO. 3:16-CV-05541-JST

1

2
Dated: February 13, 2019                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

3
                                             By:   */s/*      *Richard M. Heimann*

4
                                             Richard M. Heimann (063607)
                                             *rheimann@lchb.com*
5
                                             Katherine C. Lubin (259826)
                                             *kbenson@lchb.com*
6
                                             Michael K. Sheen (288284)
                                             *msheen@lchb.com*
7
                                             LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                             275 Battery Street, 29th Floor
8
                                             San Francisco, CA 94111-3339
                                             Telephone: (415) 956-1000
9
                                             Facsimile:  (415) 956-1008

10
                                             Steven E. Fineman (140335)
                                             *sfineman@lchb.com*
11
                                             Daniel P. Chiplock (*Pro hac vice*)
                                             *dchiplock@lchb.com*
12
                                             Nicholas Diamand (*Pro hac vice*)
                                             *ndiamand@lchb.com*
13
                                             Michael J. Miarmi (*Pro hac vice*)
                                             *mmiarmi@lchb.com*
14
                                             Sean A. Petterson (*Pro hac vice*)
                                             *spetterson@lchb.com*
15
                                             LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                             250 Hudson Street, 8th Floor
16
                                             New York, NY 10013-1413
                                             Telephone: (212) 355-9500
17
                                             Facsimile:  (212) 355-9592

18
                                             *Attorneys for Plaintiff Fire & Police Pension Association*
                                             *of Colorado and Co-Lead Counsel*
19

20

21

22

23

24

25

26

27

28

Maya Saxena (*Pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*Pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Adam D. Warden (*Pro hac vice*)
*awarden@saxenawhite.com*
Dianne M. Anderson (286199)
*danderson@saxenawhite.com*
SAXENA WHITE P.A.
150 East Palmetto Park Road, Suite 600
Boca Raton, FL  33432
Telephone:  (561) 394-3399
Facsimile:  (561) 394-3382

Steven B. Singer (*Pro hac vice*)
*ssinger@saxenawhite.com*
Kyla Grant (*Pro hac vice*)
*kgrant@saxenawhite.com*
Sara DiLeo (*Pro hac vice*)
*sdileo@saxenawhite.com*
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile:  (888) 631-3611

*Attorneys for Co-Lead Plaintiff The City of Birmingham
Retirement and Relief System and Co-Lead Counsel*

1

2

SULLIVAN & CROMWELL LLP

By:    /s/    *Brendan P. Cullen*

3

4

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

5

6

7

8

*Attorneys for Nominal Defendant Wells Fargo & Co.*

9

10

GOODWIN PROCTER LLP

11

By:    /s/    *Grant P. Fondo*

12

Grant P. Fondo
(gfondo@goodwinlaw.com)
Lloyd Winawer
(lwinawer@goodwinlaw.com)
Nicholas A. Reider
(nreider@goodwinlaw.com)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

13

14

15

16

17

18

Richard M. Strassberg (*pro hac vice*)
(rstrassberg@goodwinlaw.com)
Daniel P. Roeser (*pro hac vice*)
(droeser@goodwinlaw.com)
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

19

20

21

22

23

*Attorneys for Defendant John G. Stumpf*

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
CASE NO. 3:16-CV-05541-JST

CLARENCE DYER & COHEN LLP

By:  */s/      Nanci L. Clarence*

Nanci L. Clarence
(nclarence@clarencedyer.com)
Josh A. Cohen
(jcohen@clarencedyer.com)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

*Attorneys for Defendant Timothy J. Sloan*

RAMSEY & EHRLICH LLP

By:  */s/      Ismail Ramsey*

Miles Ehrlich
(miles@ramsey-ehrlich.com)
Ismail Ramsey
(izzy@ramsey-ehrlich.com)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

*Attorneys for Defendant John R. Shrewsberry*

STIPULATION AND PROPOSED ORDER
CASE NO. 3:16-CV-05541-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILLIAMS & CONNOLLY LLP

By:    /s/      Enu A. Mainigi

Enu A. Mainigi (*pro hac vice*)
(emainigi@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant Carrie Tolstedt*


ARGUEDAS, CASSMAN & HEADLEY, LLP

By:    /s/      Ted W. Cassman

Cristina C. Arguedas (Bar No. 87787)
arguedas@achlaw.com
Ted W. Cassman (Bar No. 98932)
cassman@achlaw.com
Laurel L. Headley (Bar No. 152306)
headley@achlaw.com
803 Hearst Avenue
Berkeley, CA 94710
(510) 845-3000 (Tel)
(510) 845-3003 (Fax)

*Attorneys for Defendant Michael Loughlin*

1

SHEARMAN & STERLING LLP

2

By:   /s/      John F. Cove, Jr.

3

John F. Cove, Jr.
john.cove@shearman.com

4

Emily V. Griffen
egriffen@shearman.com

5

Alethea M. Sargent
(alethea.sargent@shearman.com)

6

SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor

7

San Francisco, CA 94105
Telephone: (415) 616-1100

8

Facsimile: (415) 616-1199

9

Stuart Baskin (*pro hac vice*)
(sbaskin@shearman.com)

10

John Gueli
(jgueli@shearman.com)

11

SHEARMAN & STERLING LLP
599 Lexington Avenue

12

New York, NY 10022
Telephone: (212) 848-4000

13

Facsimile: (212) 848-7179

14

*Attorneys for Defendants John D. Baker II, Elaine L.
Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke,*

15

*Susan E. Engel, Enrique Hernandez, Jr., Donald M.
James, Cynthia H. Milligan, Federico F. Peña, James H.*

16

*Quigley, Judith M. Runstad, Stephen W. Sanger, Susan G.
Swenson and Suzanne M. Vautrinot*

17

18

19

20

21

22

23

24

25

26

27

28

8

1

## <u>ATTESTATION PURSUANT TO GENERAL ORDER 45</u>

2             I, Brendan P. Cullen, in compliance with General Order 45, Section X(B), hereby

3  attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

4

5     DATED:  February 13, 2019                           */s/ Brendan P. Cullen*                    

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## <u>ORDER</u>

3 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4

5    Dated: _____          _____

6                                              THE HON. JON S. TIGAR
                                               UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28