1 | Richard H. Klapper (*pro hac vice*)
(klapperr@sullcrom.com)
2 | SULLIVAN & CROMWELL LLP
125 Broad Street
3 | New York, New York 10004-2498
Telephone: (212) 558-3555
4 | Facsimile: (212) 291-9083

5 | Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
6 | Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
7 | SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
8 | Palo Alto, California 94303
Telephone: (650) 461-5600
9 | Facsimile: (650) 461-5700

10 | Christopher M. Viapiano (*pro hac vice*)
(viapianoc@sullcrom.com)
11 | SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
12 | Washington, D.C. 20006
Telephone: (202) 956-6985
13 | Facsimile: (202) 956-7056

14 | *Counsel for Nominal Defendant*
*Wells Fargo & Company*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:16-cv-05541-JST<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES REGARDING ANTICIPATED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**<br><br>The Honorable Jon. S. Tigar |

1       WHEREAS, on January 16, 2019, the parties in the above-captioned action (the "Parties")
2 filed a Joint Case Management Statement & Notice of Settlement, notifying the Court that the
3 Parties had reached an agreement in principle to settle the action and were finalizing the terms of
4 a settlement agreement, and requested that the Court set a briefing and hearing schedule on
5 Plaintiffs' anticipated motion for preliminary approval of the forthcoming settlement agreement
6 and set aside all other dates in the action (Dkt. No. 266);

7       WHEREAS, on January 21, 2019, the Court set the following deadlines requested by the
8 Parties relating to Plaintiffs' motion for preliminary approval of the settlement agreement and
9 vacated all other deadlines in the action (Dkt. No. 267):

| Event | Deadline |
| --- | --- |
| Deadline to file motion for preliminary approval of settlement agreement | February 14, 2019 |
| Deadline to file opposition to motion for preliminary approval | February 28, 2019 |
| Deadline to file reply to any opposition to motion for preliminary approval | March 7, 2019 |
| Hearing on motion for preliminary approval | March 21, 2019, at 2:00 p.m. Courtroom, 19th Floor |

17       WHEREAS, the Parties have continued to work diligently with the assistance of Hon.
18 Daniel Weinstein (Ret.) to finalize the terms of the settlement agreement, but are still working to
19 resolve certain issues related to the anticipated settlement agreement;

20       WHEREAS, given the large number of parties and the complexity of the issues involved,
21 the Parties agree that they require additional time to complete negotiations in order to finalize the
22 anticipated settlement agreement, and therefore agree that extending the deadlines relating to
23 Plaintiffs' anticipated motion for preliminary approval of the settlement agreement will assist in
24 facilitating resolution of the action;[1]

---

[1] The Parties have not previously sought to modify the deadlines relating to Plaintiffs' anticipated motion for preliminary approval, but previously have sought and been granted the following time modifications by the Court: (i) on January 23, 2017 (Dkt. No. 78) the Parties requested to continue a case management conference; (ii) on October 13, 2017 and November 10, 2017 the Parties filed stipulations concerning the deadline to answer the complaint in this action (Dkt. No. 175; 182); (iii) on August 23, 2018, Plaintiffs requested to vacate a deadline regarding the

1  WHEREAS, because all deadlines in this action have been vacated, save for those relating to Plaintiffs' anticipated motion for preliminary approval of the settlement agreement, the time modifications requested by the Parties below will not affect the schedule for the case except as set forth below.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the Parties, by and through their Counsel, and subject to the Court's approval, that the deadlines relating to Plaintiffs' anticipated motion for preliminary approval of the settlement agreement be modified as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Deadline to file motion for preliminary approval of settlement agreement | February 14, 2019 | February 28, 2019 |
| Deadline to file opposition to motion for preliminary approval | February 28, 2019 | March 14, 2019 |
| Deadline to file reply to any opposition to motion for preliminary approval | March 7, 2019 | March 21, 2019 |
| Hearing on motion for preliminary approval | March 21, 2019, at 2:00 p.m. Courtroom, 19th Floor | April 4, 2019, at 2:00 p.m. Courtroom, 19th Floor |

---

submission of a joint discovery letter brief and to continue the deadline to submit a proposal regarding the case schedule, and on October 9, 2018, pursuant to the Court's August 24, 2018 Order (Dkt. No. 247), the Parties proposed changes to the schedule in this action (Dkt. No. 255); and (iv) on January 21, 2019, the Court vacated the case management conference scheduled for January 23, 2019 (Dkt. No. 267).

| | | |
|---|---|---|
| Dated: February 13, 2019 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By: */s/*  *Richard M. Heimann*

Richard M. Heimann (063607)
*rheimann@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
Michael K. Sheen (288284)
*msheen@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven E. Fineman (140335)
*sfineman@lchb.com*
Daniel P. Chiplock (*Pro hac vice*)
*dchiplock@lchb.com*
Nicholas Diamand (*Pro hac vice*)
*ndiamand@lchb.com*
Michael J. Miarmi (*Pro hac vice*)
*mmiarmi@lchb.com*
Sean A. Petterson (*Pro hac vice*)
*spetterson@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (*Pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*Pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Adam D. Warden (*Pro hac vice*)
*awarden@saxenawhite.com*
Dianne M. Anderson (286199)
*danderson@saxenawhite.com*
SAXENA WHITE P.A.
150 East Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer (*Pro hac vice*)
*ssinger@saxenawhite.com*
Kyla Grant (*Pro hac vice*)
*kgrant@saxenawhite.com*
Sara DiLeo (*Pro hac vice*)
*sdileo@saxenawhite.com*
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611

*Attorneys for Co-Lead Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

SULLIVAN & CROMWELL LLP

By:  /s/  *Brendan P. Cullen*

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Nominal Defendant Wells Fargo & Co.*

GOODWIN PROCTER LLP

By:  /s/  *Grant P. Fondo*

Grant P. Fondo
(gfondo@goodwinlaw.com)
Lloyd Winawer
(lwinawer@goodwinlaw.com)
Nicholas A. Reider
(nreider@goodwinlaw.com)
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, CA 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

Richard M. Strassberg (*pro hac vice*)
(rstrassberg@goodwinlaw.com)
Daniel P. Roeser (*pro hac vice*)
(droeser@goodwinlaw.com)
GOODWIN PROCTER LLP
620 8th Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

*Attorneys for Defendant John G. Stumpf*

| | |
|---|---|
|1| CLARENCE DYER & COHEN LLP |
|2| |
| | By:  */s/      Nanci L. Clarence* |
|3| |
|4| Nanci L. Clarence<br>(nclarence@clarencedyer.com)<br>Josh A. Cohen |
|5| (jcohen@clarencedyer.com)<br>CLARENCE DYER & COHEN LLP |
|6| 899 Ellis Street<br>San Francisco, CA 94109 |
|7| Telephone: (415) 749-1800<br>Facsimile: (415) 749-1694 |
|8| |
| | *Attorneys for Defendant Timothy J. Sloan* |
|9| |
| | RAMSEY & EHRLICH LLP |
|10| |
| | By:  */s/      Ismail Ramsey* |
|11| |
|12| Miles Ehrlich<br>(miles@ramsey-ehrlich.com) |
|13| Ismail Ramsey<br>(izzy@ramsey-ehrlich.com) |
| | RAMSEY & EHRLICH LLP |
|14| 803 Hearst Avenue<br>Berkeley, CA 94710 |
|15| Telephone: (510) 548-3600<br>Facsimile: (510) 291-3060 |
|16| |
| | *Attorneys for Defendant John R. Shrewsberry* |

| | |
|---|---|
| 1 | |
| 2 | WILLIAMS & CONNOLLY LLP |
| 3 | By: */s/*   *Enu A. Mainigi* |
| 4 | Enu A. Mainigi (*pro hac vice*)<br>(emainigi@wc.com)<br>WILLIAMS & CONNOLLY LLP |
| 5 | 725 Twelfth Street, N.W.<br>Washington D.C. 20005 |
| 6 | Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029 |
| 7 | |
| 8 | *Attorneys for Defendant Carrie Tolstedt* |
| 9 | ARGUEDAS, CASSMAN & HEADLEY, LLP |
| 10 | By: */s/*   *Ted W. Cassman* |
| 11 | Cristina C. Arguedas (Bar No. 87787)<br>arguedas@achlaw.com |
| 12 | Ted W. Cassman (Bar No. 98932)<br>cassman@achlaw.com |
| 13 | Laurel L. Headley (Bar No. 152306)<br>headley@achlaw.com |
| 14 | 803 Hearst Avenue<br>Berkeley, CA 94710 |
| 15 | (510) 845-3000 (Tel)<br>(510) 845-3003 (Fax) |
| 16 | |
| 17 | *Attorneys for Defendant Michael Loughlin* |

| | |
|---|---|
| 1 | SHEARMAN & STERLING LLP |
| 2 | By: /s/   *John F. Cove, Jr.* |
| 3 | John F. Cove, Jr. |
|   | john.cove@shearman.com |
| 4 | Emily V. Griffen |
|   | egriffen@shearman.com |
| 5 | Alethea M. Sargent |
|   | (alethea.sargent@shearman.com) |
| 6 | SHEARMAN & STERLING LLP |
|   | 535 Mission Street, 25th Floor |
| 7 | San Francisco, CA 94105 |
|   | Telephone: (415) 616-1100 |
| 8 | Facsimile: (415) 616-1199 |
| 9 | Stuart Baskin (*pro hac vice*) |
|   | (sbaskin@shearman.com) |
| 10 | John Gueli |
|   | (jgueli@shearman.com) |
| 11 | SHEARMAN & STERLING LLP |
|   | 599 Lexington Avenue |
| 12 | New York, NY 10022 |
|   | Telephone: (212) 848-4000 |
| 13 | Facsimile: (212) 848-7179 |

*Attorneys for Defendants John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Cynthia H. Milligan, Federico F. Peña, James H. Quigley, Judith M. Runstad, Stephen W. Sanger, Susan G. Swenson and Suzanne M. Vautrinot*

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Brendan P. Cullen, in compliance with General Order 45, Section X(B), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: February 13, 2019                     */s/ Brendan P. Cullen*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 13, 2019

_____
THE HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE