```
                                                                    FILED
         UNITED STATES COURT OF APPEALS
                                                                   MAY 8 2019
              FOR THE NINTH CIRCUIT
                                                               MOLLY C. DWYER, CLERK
                                                                U.S. COURT OF APPEALS
```

| | |
|---|---|
| In re: WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION, | No. 18-16115 |
| _____ | D.C. Nos. 3:16-cv-05541-JST |
| GEORGE J. HANNON, | 3:17-cv-07236-JST |
| | Northern District of California, San Francisco |
| Plaintiff-Appellant, | |
| FIRE & POLICE PENSION ASSOCIATION OF COLORADO; THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, | ORDER |
| Plaintiffs-Appellees, | |
| v. | |
| AMERICAN EXPRESS COMPANY; WELLS FARGO & COMPANY, | |
| Defendants-Appellees. | |

The parties' stipulated motion (Docket Entry No. 14) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the terms of the stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

SM/Pro Mo 4/29/2019

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Samantha Miller
Deputy Clerk
Ninth Circuit Rule 27-7