United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLD DERIVATIVE LITIGATION | Lead Case No. 16-cv-05541-JST |
| This Document Relates To: | **ORDER CLARIFYING REPLY DEADLINE AND PAGE LIMITS** |
| ALL ACTIONS | Re: ECF No. 285 |

The Court notes a conflict regarding the deadline for Plaintiffs to file a reply in support of their motion for final settlement approval.  While the electronic case filing docket reflects a deadline of July 18, 2019, the Court's preliminary approval order incorporated by reference a July 25, 2019 deadline.  ECF No. 274 at 14; *see also* ECF No. 270 at 31.

Accordingly, the Court vacates its prior order regarding the reply deadline.  ECF No. 285.  Plaintiffs shall file a reply to all objections, of no more than 20 pages, by July 25, 2019.

**IT IS SO ORDERED.**

Dated: July 17, 2019

_____
JON S. TIGAR
United States District Judge