Richard M. Heimann (063607)
*rheimann@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
Michael K. Sheen (288284)
*msheen@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Co-Lead Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (Pro hac vice)
*msaxena@saxenawhite.com*
Joseph E. White, III (Pro hac vice)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Adam D. Warden (Pro hac vice)
*awarden@saxenawhite.com*
Dianne M. Pitre (286199)
*dpitre@saxenawhite.com*
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Attorneys for Co-Lead Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 4:16-cv-05541-JST |
|---|---|
| This Document Relates to: ALL ACTIONS. | **REQUEST FOR LEAVE TO SUBMIT NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Civil Local Rule 7-3(d), Co-Lead Plaintiffs Fire and Police Pension Association of Colorado and the City of Birmingham Retirement and Relief System ("Co-Lead Plaintiffs") respectfully request leave of Court to file and serve this Notice of Supplemental Authority in Support of (1) Co-Lead Plaintiffs' Motion for Final Approval of Settlement, and (2) Co-Lead Counsel's Motion for Award of Attorneys' Fees and Reimbursement Awards to Co-Lead Plaintiffs.

On January 13, 2020, the United States District Court for the Northern District of Georgia issued an order in *In re: Equifax Inc. Customer Data Security Breach Litigation*, No. 1:17-md-02800-TWT (N.D. Ga.), which granted final approval of a "megafund" class action settlement and awarded attorneys' fees from the common fund. A copy of the district court's order is attached hereto as Exhibit A.

In *Equifax*, the court awarded class counsel its requested fee of $77.5 million—equal to 25% of "the $310 million fund created under the parties' [settlement] term sheet."[1] Ex. A at 96. The fee represented a lodestar multiplier of 3.4 as of the final approval hearing (class counsel's lodestar up to that hearing amounted to $22,816,935), and the court held the award was further supported on the grounds that class counsel estimated it would expend approximately $6.7 million in future lodestar, resulting in a 2.62 multiplier. *Id.* at 103-04. In approving the settlement and request for attorney's fees, the court denied objections by Theodore Frank that he has also asserted in this Action, and further discussed his status and conduct as a professional objector. *Id.* at 94-96 (rejecting argument that counsel faced no risk); *id.* (rejecting argument that reduced fee percentage should apply because of "megafund" settlement); *id.* at 100-02, 113-14 (rejecting challenge to value of injunctive relief); and *id.* at 109-10, 113-15 (finding that Frank is a serial objector who "is in the business of objecting to class action settlements," and holding that Frank's objection was "not motivated to serve the interests of the class").

---

[1] Equifax paid an additional $70.5 million into the common fund as part of its integrated settlement with state and federal regulators. Ex. A at 15, 96. The approved fee represented 20.36% of the $380.5 million total cash included in the settlement fund. *Id*. at 96.

Dated: January 15, 2020

LIEFF CABRASER HEIMANN & BERNSTEIN

By: */s/ Richard M. Heimann*

Richard M. Heimann (063607)
*rheimann@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
Michael K. Sheen (288284)
*msheen@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Steven E. Fineman (140335)
*sfineman@lchb.com*
Daniel P. Chiplock (*Pro hac vice)*
*dchiplock@lchb.com*
Nicholas Diamand (*Pro hac vice)*
*ndiamand@lchb.com*
Michael J. Miarmi (*Pro hac vice)*
*mmiarmi@lchb.com*
Sean A. Petterson (*Pro hac vice*)
*spetterson@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Co-Lead Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (*Pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*Pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Adam D. Warden (*Pro hac vice*)
*awarden@saxenawhite.com*
Dianne M. Pitre (286199)
*dpitre@saxenawhite.com*
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer (*Pro hac vice*)
*ssinger@saxenawhite.com*
Kyla Grant (*Pro hac vice*)
*kgrant@saxenawhite.com*
Sara DiLeo (*Pro hac vice*)
*sdileo@saxenawhite.com*
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611

*Attorneys for Co-Lead Plaintiff The City of Birmingham and Co-Lead Counsel*