| | |
|---|---|
| 1 | Richard M. Heimann (063607) |
| | *rheimann@lchb.com* |
| 2 | Katherine C. Lubin (259826) |
| | *kbenson@lchb.com* |
| 3 | Michael K. Sheen (288284) |
| | *msheen@lchb.com* |
| 4 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 5 | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| 6 | Facsimile:  (415) 956-1008 |
| 7 | *Attorneys for Co-Lead Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel* |
| 8 | |
| 9 | Brendan P. Cullen (194057) |
| | *cullenb@sullcrom.com* |
| 10 | SULLIVAN & CROMWELL LLP |
| | 1870 Embarcadero Road |
| 11 | Palo Alto, California 94303 |
| | Telephone: (650) 461-5600 |
| 12 | Facsimile: (650) 461-5700 |
| 13 | *Attorneys for Nominal Defendant Wells Fargo & Company* |
| 14 | |
| 15 | *Additional Counsel on Signature Page* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 4:16-cv-05541-JST |
| | **JOINT NOTICE REGARDING SUBMITTED MATTERS PURSUANT TO LOCAL RULE 7-13** |
| This Document Relates to: | |
| ALL ACTIONS. | |

Co-Lead Plaintiffs Fire and Police Pension Association of Colorado and the City of Birmingham Retirement and Relief System ("Co-Lead Plaintiffs"), and Nominal Defendant Wells Fargo & Co. ("Wells Fargo"), respectfully submit this Notice Regarding Submitted Matters.

Civil Local Rule 7-13 provides in relevant part: "Whenever any motion or other matter has been under submission for more than 120 days, a party, individually or jointly with another party, may file with the Court . . . a notice that the matter remains under submission." L-R 7-13.

On June 27, 2019, Co-Lead Plaintiffs filed a Motion for Final Approval of Settlement and a Motion for Award of Attorneys' Fees and Reimbursement Awards to Co-Lead Plaintiffs (together, "Motions"). Dkts. 276, 277. On August 1, 2019, the Court held a hearing on the Motions and, after argument, took the Motions under submission. Dkt. 291. On October 24, 2019, the Court issued an Order to Show Cause Re: Appointment of Expert Witness Pursuant to Rule of Evidence 706 ("OSC"). Dkt. 301. On November 8, 2019, Co-Lead Plaintiffs, Wells Fargo, and objector John Cashman filed responses to the OSC. Dkts. 306, 304, and 305, respectively. No further briefing has been submitted.

Co-Lead Plaintiffs and Wells Fargo respectfully submit this Notice that the Motions have remained under submission for almost eight months. The parties are available for a telephonic conference at the Court's convenience.[1]

Dated: March 23, 2020          LIEFF CABRASER HEIMANN & BERNSTEIN

By: */s/ Richard M. Heimann*
Richard M. Heimann (063607)
*rheimann@lchb.com*
Katherine C. Lubin (259826)
*kbenson@lchb.com*
Michael K. Sheen (288284)
*msheen@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

---

[1] The parties appreciate the extraordinary challenges facing the Court, and the country as a whole, due to the current COVID-19 pandemic. While the parties do not wish to overburden the Court, we believe it is appropriate to submit this notice now, given the prospect of even further disruption to the courts in the coming months, should the public health crisis worsen.

|   |   |
|---|---|
| 1 | Steven E. Fineman (140335) |
|   | *sfineman@lchb.com* |
| 2 | Daniel P. Chiplock (*Pro hac vice*) |
|   | *dchiplock@lchb.com* |
| 3 | Nicholas Diamand (*Pro hac vice*) |
|   | *ndiamand@lchb.com* |
| 4 | Michael J. Miarmi (*Pro hac vice*) |
|   | *mmiarmi@lchb.com* |
| 5 | Sean A. Petterson (*Pro hac vice*) |
|   | *spetterson@lchb.com* |
| 6 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|   | 250 Hudson Street, 8th Floor |
| 7 | New York, NY 10013-1413 |
|   | Telephone: (212) 355-9500 |
| 8 | Facsimile: (212) 355-9592 |

*Attorneys for Co-Lead Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena (*Pro hac vice*)
*msaxena@saxenawhite.com*
Joseph E. White, III (*Pro hac vice*)
*jwhite@saxenawhite.com*
Lester R. Hooker (241590)
*lhooker@saxenawhite.com*
Adam D. Warden (*Pro hac vice*)
*awarden@saxenawhite.com*
Dianne M. Pitre (286199)
*dpitre@saxenawhite.com*
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

Steven B. Singer (*Pro hac vice*)
*ssinger@saxenawhite.com*
Kyla Grant (*Pro hac vice*)
*kgrant@saxenawhite.com*
Sara DiLeo (*Pro hac vice*)
*sdileo@saxenawhite.com*
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, NY 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611

*Attorneys for Co-Lead Plaintiff The City of Birmingham and Co-Lead Counsel*

| | | |
|---|---|---|
| 1 | Dated: March 23, 2020 | SULLIVAN & CROMWELL LLP |
| 2 | | By: */s/ Brendan P. Cullen* |
| | | Brendan P. Cullen (194057) |
| 3 | | *cullenb@sullcrom.com* |
| | | Sverker K. Hogberg (244640) |
| 4 | | *hogbergs@sullcrom.com* |
| | | SULLIVAN & CROMWELL LLP |
| 5 | | 1870 Embarcadero Road |
| | | Palo Alto, California 94303 |
| 6 | | Telephone: (650) 461-5600 |
| | | Facsimile: (650) 461-5700 |
| 7 | | |
| | | Richard H. Klapper (*Pro hac vice*) |
| 8 | | *klapperr@sullcrom.com* |
| | | SULLIVAN & CROMWELL LLP |
| 9 | | 125 Broad Street |
| | | New York, New York 10004-2498 |
| 10 | | Telephone: (212) 558-3555 |
| | | Facsimile: (212) 291-9083 |
| 11 | | |
| | | Christopher M. Viapiano (*Pro hac vice*) |
| 12 | | *viapianoc@sullcrom.com* |
| | | SULLIVAN & CROMWELL LLP |
| 13 | | 1700 New York Avenue, N.W., Suite 700 |
| | | Washington, D.C. 20006 |
| 14 | | Telephone: (202) 956-7500 |
| | | Facsimile: (202) 956-7056 |
| 15 | | |
| | | *Attorneys for Nominal Defendant Wells Fargo & Company* |

**ATTESTATION REGARDING SIGNATURES**

I, Richard M. Heimann, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 23, 2020                    By:  */s/ Richard M. Heimann*
                                                                                    Richard M. Heimann