Case 4:16-cv-05541-JST   Document 318-3   Filed 05/04/20   Page 1 of 2

Patrick Ridley
Kristen M. Frost
Ridley, McGreevy & Winocur, P.C.
303 16th St. Mall #200
Denver, CO 80202
303-629-9700
 ridley@ridleylaw.com
 frost@ridleylaw.com

*Counsel for Objector Kevin Fisher*

Theodore H. Frank (SBN 196332)
Hamilton Lincoln Law Institute
Center For Class Action Fairness
1629 K Street NW, Suite 300
Washington, DC 20006
703-203-3848
 ted.frank@hlli.org

*Counsel for Objector John Cashman*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 16-cv-5541 JST<br><br>**[Proposed] Order Granting Objectors Kevin Fisher And John Cashman's Joint Motion For Attorney Fees**<br><br>Judge:        Hon. Jon S. Tigar<br>Courtroom:  6, 2nd Floor (Oakland) |

Having considered the Joint Motion of Objectors Kevin Fisher and John Cashman for Attorneys Fees, and finding that Objectors Fisher and Cashman jointly created a $15.2 million common-fund benefit by virtue of their meritorious objection, and good cause appearing for the rulings issued below, the Court HEREBY ORDERS as follows:

    a. Counsel for Objectors Kevin Fisher and John Cashman are hereby awarded $250,000.00 each (a total of $500,000) in attorneys' fees to be paid by Wells Fargo & Company; and

    b. Objector John Cashman is awarded a $1,000.00 incentive award, to be paid out of the $250,000.00 attorneys' fees awarded to his counsel.

SO ORDERED this ___ day of _____, 2020.

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE