FILED

APR 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION,<br><br>------------------------------<br><br>FIRE & POLICE PENSION ASSOCIATION OF COLORADO; THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM,<br><br>      Plaintiffs - Appellees,<br><br> v.<br><br>EDWARD W. COCHRAN,<br><br>      Objector-Appellant,<br><br> v.<br><br>WELLS FARGO & COMPANY; et al.,<br><br>      Defendants-Appellees. | No. 20-15898<br><br>D.C. No. 4:16-cv-05541-JST<br><br>ORDER |

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and records, and the decisional process would not be significantly aided by oral argument.

Therefore, this case is ordered submitted without oral argument on April 14, 2021, at San Francisco, California.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7