Richard M. Heimann (063607)
rheimann@lchb.com
Katherine C. Lubin (259826)
kbenson@lchb.com
Michael K. Sheen (288284)
msheen@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Co-Lead Plaintiff Fire & Police Pension Association of Colorado and Co-Lead Counsel*

Maya Saxena *(Pro hac vice)*
msaxena@saxenawhite.com
Joseph E. White, III *(Pro hac vice)*
jwhite@saxenawhite.com
Lester R. Hooker (241590)
lhooker@saxenawhite.com
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382

*Attorneys for Co-Lead Plaintiff The City of Birmingham Retirement and Relief System and Co-Lead Counsel*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE WELLS FARGO & COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No. 4:16-cv-05541-JST<br><br>**STATEMENT FOR POST-DISTRIBUTION ACCOUNTING** |

Pursuant to the Northern District of California's Procedural Guidance for Class Action Settlements, the parties in the above-captioned action hereby submit this Statement for Post-Distribution Accounting.

## I. Payment of Monetary Consideration Due Under Settlement

The action was settled in late 2018, and the Parties' Stipulation and Agreement of Compromise, Settlement and Release ("Settlement," ECF No. 270-1) was presented to the Court in February 2019. On April 7, 2020, the Court issued an Order Granting Motion for Final Approval and Motion for Fees ("Final Approval Order," ECF No. 312), which granted final approval of the Settlement. On April 20, 2020, the Court issued its Final Judgment and Order of Dismissal ("Judgment," ECF No. 314).

Pursuant to the Settlement, Final Approval Order, and Judgment, following the Effective Date, Wells Fargo received the $240,000,000 monetary consideration due under the Settlement as of June 23, 2021. *See* Settlement ¶ 33. The parties previously reported that Wells Fargo had paid all Court-ordered fees, expenses, and service awards. *See* Settlement ¶ 44. The following chart reflects the categories that are applicable to this derivative action:

| Category | Amount | Status |
|---|---|---|
| Total Settlement Fund | $240,000,000 | Paid |
| Attorneys' fees | $52,800,000 | Paid |
| Attorney's fees in terms of percentage of the Settlement fund, and multiplier | 22% of Settlement Fund; 2.7 multiplier | N/A |
| Service awards | $25,000 to each Co-Lead Plaintiff | Paid |

With the payment of the monetary consideration due under the Settlement, all terms of the Settlement, Final Approval Order, and Judgment have been satisfied.

## II. Resolution of Ninth Circuit Appeal

On April 14, 2021, the Ninth Circuit affirmed the Court's award of attorney's fees in the action following an appeal by objector Edward Cochran. *See* ECF No. 357. The mandate issued on May 10, 2021. ECF No. 358. No further appellate proceedings remain, and no motions remain pending before this Court.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: July 15, 2021 | LIEFF CABRASER HEIMANN & BERNSTEIN |
| 4 | | By: */s/ Richard M. Heimann* |
| 5 | | Richard M. Heimann (063607)<br>*rheimann@lchb.com* |
| 6 | | Katherine C. Lubin (259826)<br>*kbenson@lchb.com* |
| 7 | | Michael K. Sheen (288284)<br>*msheen@lchb.com* |
| 8 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor |
| 9 | | San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 |
| 10 | | Facsimile: (415) 956-1008 |
| 11 | | Steven E. Fineman (140335)<br>*sfineman@lchb.com* |
| 12 | | Daniel P. Chiplock *(Pro hac vice)*<br>dchiplock@lchb.com |
| 13 | | Nicholas Diamand *(Pro hac vice)*<br>*ndiamand@lchb.com* |
| 14 | | Michael J. Miarmi *(Pro hac vice)*<br>*mmiarmi@lchb.com* |
| 15 | | Sean A. Petterson *(Pro hac vice)*<br>*spetterson@lchb.com* |
| 16 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor |
| 17 | | New York, NY 10013-1413<br>Telephone: (212) 355-9500 |
| 18 | | Facsimile: (212) 355-9592 |
| 19 | | *Attorneys for Co-Lead Plaintiff Fire & Police Pension*<br>*Association of Colorado and Co-Lead Counsel* |

| | | |
|---|---|---|
| 1 | Dated: July 15, 2021 | SAXENA WHITE P.A. |
| 2 | | By: */s/ Joseph E. White, III* |
| 3 | | Maya Saxena *(Pro hac vice)* |
| | | msaxena@saxenawhite.com |
| 4 | | Joseph E. White, III *(Pro hac vice)* |
| | | jwhite@saxenawhite.com |
| 5 | | Lester R. Hooker (241590) |
| | | lhooker@saxenawhite.com |
| 6 | | Adam D. Warden *(Pro hac vice)* |
| | | awarden@saxenawhite.com |
| 7 | | Dianne M. Pitre (286199) |
| | | dpitre@saxenawhite.com |
| 8 | | 7777 Glades Road, Suite 300 |
| | | Boca Raton, FL 33434 |
| 9 | | Telephone: (561) 394-3399 |
| | | Facsimile: (561) 394-3382 |
| 10 | | |
| | | Steven B. Singer *(Pro hac vice)* |
| 11 | | ssinger@saxenawhite.com |
| | | Kyla Grant *(Pro hac vice)* |
| 12 | | kgrant@saxenawhite.com |
| | | Sara DiLeo *(Pro hac vice)* |
| 13 | | sdileo@saxenawhite.com |
| | | SAXENA WHITE P.A. |
| 14 | | 10 Bank Street, 8th Floor |
| | | White Plains, NY 10606 |
| 15 | | Telephone: (914) 437-8551 |
| | | Facsimile: (888) 631-3611 |
| 16 | | |
| | | *Attorneys for Co-Lead Plaintiff The City of Birmingham and* |
| 17 | | *Co-Lead Counsel* |
| 18 | Dated: July 15, 2021 | SULLIVAN & CROMWELL LLP |
| 19 | | By: */s/ Brendan P. Cullen* |
| 20 | | Brendan P. Cullen (194057) |
| | | cullenb@sullcrom.com |
| 21 | | Sverker K. Hogberg (244640) |
| | | hogbergs@sullcrom.com |
| 22 | | SULLIVAN & CROMWELL LLP |
| | | 1870 Embarcadero Road |
| 23 | | Palo Alto, California 94303 |
| | | Telephone: (650) 461-5600 |
| 24 | | Facsimile: (650) 461-5700 |
| 25 | | *Attorneys for Nominal Defendant Wells Fargo & Co.* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: July 15, 2021 | GOODWIN PROCTER LLP |
| 2 | | By: */s/ Grant P. Fondo* |
| 3 | | Grant P. Fondo |
| | | *gfondo@goodwinlaw.com* |
| 4 | | Lloyd Winawer |
| | | *lwinawer@goodwinlaw.com* |
| 5 | | Nicholas A. Reider |
| | | *nreider@goodwinlaw.com* |
| 6 | | GOODWIN PROCTER LLP |
| | | 601 Marshall Street |
| 7 | | Redwood City, CA 94063 |
| | | Telephone: (650) 752-3100 |
| 8 | | Facsimile: (650) 853-1038 |
| 9 | | Richard M. Strassberg (*Pro hac vice*) |
| | | *rstrassberg@goodwinlaw.com* |
| 10 | | Daniel P. Roeser (*Pro hac vice*) |
| | | *droeser@goodwinlaw.com* |
| 11 | | 620 8th Avenue |
| | | New York, NY 10018 |
| 12 | | Telephone: (212) 813-8800 |
| | | Facsimile: (212) 355-3333 |
| 13 | | |
| 14 | | |
| | | *Attorneys for Defendant John G. Stumpf* |
| 15 | | |
| 16 | Dated: July 15, 2021 | CLARENCE DYER & COHEN LLP |
| 17 | | By: */s/ Nanci L. Clarence* |
| 18 | | Nanci L. Clarence |
| | | *nclarence@clarencedyer.com* |
| 19 | | Josh A. Cohen |
| | | *jcohen@clarencedyer.com* |
| 20 | | 899 Ellis Street |
| | | San Francisco, CA 94109 |
| 21 | | Telephone: (415) 749-1800 |
| | | Facsimile: (415) 749-1694 |
| 22 | | *Attorneys for Defendant Timothy J. Sloan* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: July 15, 2021 | RAMSEY & EHRLICH LLP |
| 2 | | By: */s/ Miles Ehrlich* |

Miles Ehrlich
*miles@ramsey-ehrlich.com*
Ismail Ramsey
*izzy@ramsey-ehrlich.com*
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 548-3600
Facsimile: (510) 291-3060

*Attorneys for Defendant John R. Shrewsberry*

| | | |
|---|---|---|
| | Dated: July 15, 2021 | SKAGGS FAUCETTE LLP |
| | | By: */s/ Jeffrey E. Faucette* |

Jeffrey E. Faucette
*jeff@skaggsfaucette.com*
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111
Telephone: (415) 295-1197
Facsimile: (888) 980-6547

Enu A. Mainigi (*Pro hac vice*)
*emainigi@wc.com*
Jennifer G. Wicht (*Pro hac vice*)
*jwicht@wc.com*
Brian Patrick Hagerty (*Pro hac vice*)
*bhagerty@wc.com*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant Carrie Tolstedt*

| | | |
|---|---|---|
| 1 | Dated: July 15, 2021 | ARGUEDAS, CASSMAN & HEADLEY, LLP |
| 2 | | |
| 3 | | By: */s/ Cristina C. Arguedas* |
| 4 | | Cristina C. Arguedas<br>*arguedas@achlaw.com*<br>Ted W. Cassman |
| 5 | | *cassman@achlaw.com*<br>Laurel L. Headley |
| 6 | | *headley@achlaw.com*<br>803 Hearst Avenue |
| 7 | | Berkeley, CA 94710<br>(510) 845-3000 (Tel) |
| 8 | | (510) 845-3003 (Fax) |
| 9 | | *Attorneys for Defendant Michael Loughlin* |
| 10 | Dated: July 15, 2021 | SHEARMAN & STERLING LLP |
| 11 | | By: */s/ John F. Cove, Jr.* |
| 12 | | John F. Cove, Jr.<br>*john.cove@shearman.com* |
| 13 | | Emily V. Griffen<br>*egriffen@shearman.com* |
| 14 | | Alethea M. Sargent<br>*alethea.sargent@shearman.com* |
| 15 | | 535 Mission Street, 25th Floor<br>San Francisco, CA 94105 |
| 16 | | Telephone: (415) 616-1100<br>Facsimile: (415) 616-1199 |
| 17 | | |
| 18 | | Stuart Baskin<br>*sbaskin@shearman.com* |
| 19 | | John Gueli<br>*jgueli@shearman.com* |
| 20 | | SHEARMAN & STERLING LLP<br>599 Lexington Avenue |
| 21 | | New York, NY 10022<br>Telephone: (212) 848-4000 |
| 22 | | Facsimile: (212) 848-7179 |
| 23 | | *Attorneys for John D. Baker II, Elaine L. Chao, John S. Chen, Lloyd H. Dean, Elizabeth A. Duke, Susan E. Engel, Enrique* |
| 24 | | *Hernandez, Jr., Donald M. James, Richard D. McCormick, Mackey J. McDonald, Cynthia H. Milligan, Nicholas G.* |
| 25 | | *Moore, Federico F. Peña, James H. Quigley, Philip J. Quigley, Howard V. Richardson, Judith M. Runstad, Stephen* |
| 26 | | *W. Sanger, Susan G. Swenson, and Suzanne M. Vautrinot* |
| 27 | | |
| 28 | | |

# **ATTESTATION**

I, Richard M. Heimann, in compliance with Local Rule 5-1(i)(3) hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

DATED: July 15, 2021                    */s/ Richard M. Heimann*
                                                          Richard M. Heimann